UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

GAINESVILLE DIVISION

CASE NO:

MARCELLE ANN ANGALL-LEONCE and ROMANUS SYLVESTER LEONCE, husband and wife,

    Plaintiffs,

-vs-

ON POINT TRANSPORT, INC. and JOSEPH MISATULI LEIA

    Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §1332, 1441 and 1446 and Rule 7.02 of the Local Rules of the United States District Court, Northern District of Florida, the Defendants, On Point Transport Inc. and Joseph Misatuli Leia, remove this case from the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida, to the United States District Court for the Northern District of Florida, Gainesville Division. Defendants states the following grounds for removal:

    1.    A true copy of the Complaint and any other papers on file in the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida are attached to this Notice as Exhibit "A". Service was perfected upon this Defendant On Point Transport, Inc. on March 14, 2020, and upon Defendant Joseph Misatuli Leia on March 17, 2020.

    2.    This matter is between citizens of different states.

3. The Plaintiffs are residence of the State of Georgia.

4. Defendant, On Point Transport, Inc., is a citizen of the State of California, with its principal place of business in Madeira, California.

5. Defendant, Joseph Misatuli Leia is a citizen of the State of California.

6. Complete diversity existed between the Plaintiffs and Defendants at the time the Plaintiffs commenced this action in state court, and exists at the time this Notice is filed.

7. The allegations of the Complaint merely allege damages "in excess of thirty-thousand dollars ($30,000.00), exclusive of costs and interest."

8. Plaintiffs seek damages for injuries sustained in a motor vehicle collision which occurred on July 26, 2015 on I-75 North.

9. On May 1, 2020, this Defendants received copies of the Plaintiffs' Responses to their First Request for Production, a copies of which is attached hereto as Exhibit "B" (for Plaintiff, Marcelle Ann Angall-Leonce) and Exhibit "C" (for Plaintiff, Romanus Sylvester Leonce). In any event, in response to paragraph 1 of the First Request for Production to Plaintiff, Marcelle Ann Angall-Leonce, said Plaintiff responded by stating, "SEE ATTACHED MEDICAL BILLS." [Complete copies of those medical bills produced are attached hereto as composite Exhibit "D."]

10. The medical bills now produced by Plaintiff, Marcelle Ann Angall-Leonce evidence that the bills total (at the very least) the sum of $77,055.18.

11. Because it now clearly appears that the matter in controversy exceeds the sum or value of $75,000 exclusive of interest and costs, and because the parties are citizens of different states, this Court has original jurisdiction over this civil action. 28

U.S.C. §1332(a). Accordingly this matter may be removed to this Court, which "embraces" the Eighth Judicial Circuit, in and for Alachua County, Florida. 28 U.S.C. §1441(a).

12. These Defendants will promptly serve counsel for the Plaintiffs with the Notice of Removal and file a copy of the Notice with the Clerk of the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida.

WHEREFORE, Defendants, On Point Transport, Inc. and Joseph Misatuli Leia requests that the above-styled action be removed from the Circuit Court of the Eighth Judicial Circuit, in and for Alachua County, Florida to the United States District Court for the Northern District of Florida, Gainesville Division.

Dated: May 29, 2020.

*(Certificate of Service on following page)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Jack J. Fine, Esquire, Fine, Farakash & Parlapiano, P.A., 622 Northeast First Street, Gainesville, Florida 32601, jfine@ffplaw.com and jduchaj@ffplaw.com via electronic mail this 1st day of June, 2020.

                              **FERNANDEZ TRIAL LAWYERS, P.A.**

                              */s/ John Moffitt Howell*
                              **JOHN MOFFITT HOWELL, ESQ.**
                              Florida Bar No.: 243027
                              8780-200 Perimeter Park Court
                              Jacksonville, Florida 32216
                              (904) 398-8008 (Phone)
                              (904) 398-0332 (Fax)
                              Attorneys for Defendants

*The following e-mail addresses are only for e-mail service pursuant to Fla. R. Civ. Pro. 1.080:*
Primary:      Pleadings@Fernandeztl.com
Secondary:   jhowell@fernandeztl.com