IN THE CIRCUIT COURT, EIGHTH JUDICIAL CIRCUIT, IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO.: 2019-CA-2558

MARCELLE ANN ANGALL-LEONCE and
ROMANUS SYLVESTER LEONCE,
husband and wife,

    Plaintiffs,

vs.

ON POINT TRANSPORT, INC. and
JOSEPH MISATULI LEIA,

    Defendants.
_____/

# DEFENDANTS' ANSWER TO PLAINTIFFS' SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES

Defendants, ON POINT TRANSPORT, INC. and JOSEPH MISATULI LEIA, by and through undersigned counsel, hereby file their Answer to Plaintiffs' Second Amended Complaint and Affirmative Defenses and, respectfully requesting a trial by jury of all disputed issues of fact, say:

1. Admitted, for jurisdictional purposes only, the averment made in Paragraph 1.

2. Admitted the allegations in Paragraphs 4, 5, 6, 9, 10, 11, 14, and 15.

3. Defendants are without knowledge as to the truth or veracity of those allegations made in Paragraphs 2, 3, and 28.

4. Defendants deny each and every, all and singular, the remaining allegations of the Second Amended Complaint.

## FIRST AFFIRMATIVE DEFENSE

Just before, and at the time and place, of the incident of which the Plaintiffs complain, Plaintiff, Romanus Sylvester Leonce, was himself guilty of negligence, which was the sole or contributing legal cause of the incident and his own professed resulting injuries and damages.

## SECOND AFFIRMATIVE DEFENSE

The Plaintiffs' claims herein, in accordance with Florida law, should be reduced by any and all collateral sources received by the Plaintiffs.

## THIRD AFFIRMATIVE DEFENSE

To the extent that the Plaintiffs have failed to mitigate the damages complained of herein, Plaintiffs are barred from recovering those damages, which would not have occurred but for the failure of this mitigation.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are subject to the threshold requirements of Florida's No Fault Law before they can recover any damages for claimed intangible and non-economic losses.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiffs, MARCELLE ANN ANGALL-LEONCE and ROMANUS SYLVESTER LEONCE, failed to wear available and fully operational seatbelts—which failure produced or contributed substantially to producing said Plaintiffs' injuries and resulting damages.

*(Certificate of Service on Next Page)*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to Jack J. Fine, Esquire, Fine, Farlash & Parlapiano, P.A., 622 Northeast First Street, Gainesville, Florida 32601, jfine@ffplaw.com and jduchaj@ffplaw.com, via Electronic Mail, in this **1st** day of April, 2020.

        **FERNANDEZ TRIAL LAWYERS, P.A.**

        */s/ John Moffitt Howell*
        **ELLIS T. FERNANDEZ, III, ESQ.**
        Florida Bar No. 371556
        **JOHN M. HOWELL, ESQ.**
        Florida Bar No. 243027
        **CATHERINE V. ARPEN, ESQ.**
        Florida Bar No. 124025
        8780-200 Perimeter Park Court
        Jacksonville, Florida 32216
        (904) 398-8008 (Phone)
        (904) 398-0332 (Fax)
        Attorneys for Defendants

        Primary Email:    Pleadings@FernandezTL.com
        Secondary Email: Jhowell@FernandezTL.com
                              KLang-Thorbs@FernandezTL.com