# EXHIBIT A





**COMPREHENSIVE CASE INFORMATION SYSTEM**

J. K. "Jess" Irby, Clerk of the Circuit Court and Comptroller

ALACHUA COUNTY   CCIS

eportaluser

Expand All

| Case Number | Filed Date | County | Case Type | Status | Contested | Jury Trial |
|---|---|---|---|---|---|---|
| 012019CA002558XXXXXX [82386796] | 07/26/2019 | ALACHUA | | OPEN | No | Yes |

| Filing Date | Description | Active | Contested | Judgment Date |
|---|---|---|---|---|
| 07/26/2019 | OTHER | YES | NO | - |

| Party Name | Party Type | Attorney | Bar ID |
|---|---|---|---|
| KEIM, DONNA MICHELLE | JUDGE | | |
| CJ HESTER INC. | DEFENDANT | | |
| LEONCE, ROMANUS S | PLAINTIFF | FINE, JACK J | 223700 |
| LEIA, JOSEPH M | DEFENDANT | HOWELL, JOHN MOFFITT | 243027 |
| POWERS, LARRY E JR | DEFENDANT | POWERS, LARRY EDWARD | 705934 |
| ANGALL-LEONCE, MARCELLE A | PLAINTIFF | FINE, JACK J | 223700 |
| NATIONAL INDEMNITY INSURANCE | DEFENDANT | FERNANDEZ, ELLIS T | 371556 |
| REDWOOD FIRE AND CASUALTY INSU | DEFENDANT | FERNANDEZ, ELLIS T | 371556 |
| ON POINT TRANSPORT INC | DEFENDANT | HOWELL, JOHN MOFFITT | 243027 |
| BERKSHIRE HATHAWAY HOMESTATE C | DEFENDANT | FERNANDEZ, ELLIS T | 371556 |

**Dockets**

Page : 1                                      ALL ⇕

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | | 05/20/2020 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 1 |
| | | 05/20/2020 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 1 |
| | | 05/12/2020 | ORDER SETTING PRETRIAL CONFERENCE AND JURY TRIAL | 5 |
| | | 05/08/2020 | DEFENDANT ON POINT TRANSPORT INCS RESPONSE TO PLAINTIFFS REQUEST FOR ADMISSIONS | 3 |
| | | 05/08/2020 | DEFENDANT JOSEPH MISATULI LEIAS RESPONSE TO PLAINTIFFS REQUEST FOR ADMISSIONS | 3 |
| | | 05/08/2020 | DEFENDANT ON POINT TRANSPORT INCS RESPONSE TO PLAINTIFFS FIRST REQUEST TO PRODUCE | 7 |
| | | 05/08/2020 | DEFENDANT JOSEPH MISATULI LEIAS RESPONSE TO PLAINTIFFS FIRST REQUEST TO PRODUCE | 6 |
| | | 05/08/2020 | DEFENDANT JOSEPH MISATULI LEIAS NOTICE OF SERVICE OF UNVERIFIED ANSWERS TO PLAINTIFFS INTERROGATORIES | 2 |
| | | 05/08/2020 | DEFENDANT ON POINT TRANSPORT INCS NOTICE OF UNVERIFIED SERVICE OF ANSWERS TO PLAINTIFFS INTERROGATORIES | 2 |
| | | 05/01/2020 | NOTICE OF SERVICE OF ANSWERS TO INTERROGATORIES | 1 |
| | | 05/01/2020 | PLAINTIFF, MARCELLE ANGALL-LEONCE'S, RESPONSE TO REQUEST TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION | 4 |
| | | 05/01/2020 | PLAINTIFF, MARCELLE ANGALL-LEONCE'S, NOTICE OF SERVICE OF ANSWERS TO DEFENDANT'S SET OF INTERROGATORIES | 1 |
| | | 05/01/2020 | PLAINTIFF'S CASE MANAGEMENT STATEMENT | 2 |
| | | 05/01/2020 | PLAINTIFF, ROMANUS SYLVESTER LEONCE'S, RESPONSE TO DEFENDANT'S FIRST REQUEST FOR PRODUCTION | 4 |
| | | 05/01/2020 | CASE MANAGEMENT STATEMENT | 3 |
| | | 04/07/2020 | PLAINTIFF'S NOTICE OF SERVICE OF INITIAL INTERROGATORIES TO DEFENDANT, JOSEPH MISATULI LEIA | 7 |
| | | 04/07/2020 | PLAINTIFF'S NOTICE OF SERVICE OF INITIAL INTERROGATORIES TO DEFENDANT, ON POINT TRANSPORT, INC. | 9 |
| | | 04/07/2020 | PLAINTIFF'S REQUEST FOR PRODUCTION TO DEFENDANT, JOSEPH MISATULI LEIA | 5 |
| | | 04/07/2020 | PLAINTIFF'S REQUEST FOR ADMISSIONS TO DEFENDANT, JOSEPH MISATULI LEIA | 2 |
| | | 04/07/2020 | PLAINTIFF'S REPLY TO AFFIRMATIVE DEFENSES | 1 |
| | | 04/07/2020 | PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO DEFENDANT, ON POINT TRANSPORT, INC. | 6 |
| | | 04/07/2020 | PLAINTIFF'S REQUEST FOR ADMISSIONS DEFENDANT, ON POINT TRANSPORT, INC. | 2 |
| | | 04/01/2020 | DEFENDANT, ON POINT TRANSPORT, INC.'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFF, ROMANUS SYLVESTER LEONCE | 3 |
| | | 04/01/2020 | DEFENDANTS ANSWER TO PLAINTIFF'S SECOND AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES | 3 |
| | | 04/01/2020 | DEFENDANT, ON POINT TRANSPORT, INC.'S FIRST REQUEST FOR PRODUCTION TO PLAINTIFF, MARCELLE ANN ANGALL-LEONCE | 3 |
| | | 04/01/2020 | NOTICE OF APPEARANCE JOHN MOFFITT HOWELL ESQ (Attorney) on behalf of ON POINT TRANSPORT INC, JOSEPH MISATULI LEIA (DEFENDANT) | 2 |
| | | 04/01/2020 | NOTICE OF PROPOUNDING DEFENDANT, ON POINT TRANSPORT, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF, ROMANUS SYLVESTER LEONCE | 2 |
| | | 04/01/2020 | NOTICE OF PROPOUNDING DEFENDANT, ON POINT TRANSPORT, INC.'S FIRST SET OF INTERROGATORIES TO PLAINTIFF, MARCELLE ANN ANGALL-LEONCE | 2 |
| | | 03/27/2020 | AFFIDAVIT OF SERVICE | 4 |
| | | 03/23/2020 | AFFIDAVIT OF SERVICE - 3/14/2020 SERVED ON POINT TRANSPORT INC (DEFENDANT); | 3 |
| | | 03/03/2020 | ORDER APPOINTING PROCESS SERVER | 1 |
| | | 03/02/2020 | SUMMONS ISSUED - WITH FEE Receipt: 453001 Date: 03/02/2020 JOSEPH MISATULI LEIA (DEFENDANT); | 2 |
| | | 03/02/2020 | SUMMONS ISSUED - WITH FEE Receipt: 453001 Date: 03/02/2020 ON POINT TRANSPORT INC (DEFENDANT); | 1 |
| | | 02/27/2020 | ORDER SETTING CASE MANAGEMENT CONFERENCE AND REQUIRING SUBMISSION OF CASE MANAGEMENT STATEMENT 5/11/2020 @ 9:30AM | 3 |
| | | 02/26/2020 | 20 DAY SUMMONS ON SECOND AMENDED COMPLAINT (CLERK UNABLE TO ISSUE AS THE $10 FEE WAS NOT PAID WHEN SUMMONS WAS E-FILED; PLEASE SUBMIT ANOTHER SUMMONS WITH THE $10 FEE ATTACHED TO THE FILING - CMW 2/27/2020) | 1 |
| | | 02/26/2020 | 20 DAY SUMMONS ON SECOND AMENDED COMPLAINT (CLERK UNABLE TO ISSUE AS THE $10 FEE WAS NOT PAID WHEN SUMMONS WAS E-FILED; PLEASE SUBMIT ANOTHER SUMMONS WITH THE $10 FEE ATTACHED TO THE FILING - CMW 2/27/2020) | 2 |
| | | 02/26/2020 | PLAINTIFF'S MOTION TO APPOINT PROCESS SERVER | 1 |
| | | 02/26/2020 | SECOND AMENDED COMPLAINT | 9 |
| | | 02/26/2020 | ORDER GRANTING DEFENDANT, ON POINT'S, MOTION TO QUASH SERVICE OF PROCESS, DENYING DEFENDANT'S MOTION TO DISMISS COMPLAINT AND GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT | 2 |
| | | 02/21/2020 | PLAINTIFF'S NOTICE OF DROPPING PARTY DEFENDANTS(CLOSES) | 1 |

| Image | Doc # | Action Date | Description | Pages |
|---|---|---|---|---|
| | | 02/11/2020 | PLAINTIFF'S NOTICE OF HEARING -02/20/2020 @ 3:15PM, ROOM 416 | 2 |
| | | 02/03/2020 | PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT | 13 |
| | | 01/27/2020 | NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF E-MAIL ADDRESS PURSUANT TO RULE 2.516 JACK J FINE ESQ (Attorney) on behalf of MARCELLE ANN ANGALL-LEONCE (PLAINTIFF) | 2 |
| | | 01/14/2020 | AFFIDAVIT OF SERVICE-SERVED 01/09/2020 JOSEPH MISATULI LEIA (DEFENDANT); | 3 |
| | | 01/07/2020 | MOTION FOR SPECIAL APPEARANCE TO QUASH SERVICE OF PROCESS AND TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS | 9 |
| | | 12/30/2019 | SHERIFF'S RETURN ON 20-DAY SUMMONS - SERVED 12/20/19 ON POINT TRANSPORT (DEFENDANT); | 3 |
| | | 12/13/2019 | SUMMONS ISSUED JOSEPH MISATULI LEIA (DEFENDANT); | 2 |
| | | 12/11/2019 | LETTER IN REGARDS TO ISSUED SUMMONS DATED 12/3/19 | 3 |
| | | 12/06/2019 | LETTER (UNABLE TO ISSUE SUMMONS WITHOUT A LETTER STATING THAT THERE WAS NO SERVICE ON THE 8633 E MANNING AVE SELMA ADDRESS) | 3 |
| | | 12/06/2019 | LETTER (UNABLE TO ISSUE SUMMONS WITHOUT A LETTER STATING THAT THERE WAS NO SERVICE ON THE 8633 E MANNING AVE SELMA ADDRESS) | 1 |
| | | 12/05/2019 | LETTER (UNABLE TO ISSUE SUMMONS WITHOUT A LETTER STATING THAT THERE WAS NO SERVICE ON THE 8633 E MANNING AVE SELMA ADDRESS) | 1 |
| | | 12/04/2019 | 20 DAYSUMMONS ISSUED JOSEPH MISATULI LEIA (DEFENDANT); | 2 |
| | | 12/04/2019 | MOTION TO APPOINT PROCESS SERVER | 1 |
| | | 12/03/2019 | SUMMONS ISSUED - JOSEPH MISATULI LEIA (DEFENDANT); (PER PLAINTIFFS LETTER - THIS SUMMONS WAS NEVER SENT FOR SERVICE - ELH) | 2 |
| | 6 | 11/26/2019 | SUMMONS UNISSUED - CLERK UNABLE TO ISSUE/ DUPLICATE SUMMONS LARRY E POWERS JR (DEFENDANT); | 2 |
| | 1 | 11/26/2019 | AMENDED COMPLAINT FOR DAMAGES | 3 |
| | 2 | 11/26/2019 | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING | 1 |
| | 5 | 11/26/2019 | SUMMONS UNISSUED - CLERK UNABLE TO ISSUE/ NO SHERIFF RETURN ON LAST SUMMONS CJ HESTER INC. (DEFENDANT); | 1 |
| | 4 | 11/26/2019 | SUMMONS UNISSUED - CLERK UNABLE TO ISSUE/ NO SHERIFF RETURN ON LAST SUMMONS ON POINT TRANSPORT (DEFENDANT); | 1 |
| | 3 | 11/26/2019 | SUMMONS ISSUED LARRY E POWERS JR (DEFENDANT); | 2 |
| | | 11/19/2019 | NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING | 1 |
| | | 11/19/2019 | AMENDED COMPLAINT FOR DAMAGES (APPEARS TO REMOVE DEFENDANTS) | 3 |
| | | 11/19/2019 | SUMMONS UNISUED - CLERK UNABLE TO ISSUE AS NAME IN STYLE DOES NOT MATCH NAME IN COMPLAINT JOSEPH MISATULI LEIA (DEFENDANT); | 2 |
| | | 11/19/2019 | SUMMONS ISSUED CJ HESTER INC. (DEFENDANT); | 1 |
| | | 11/19/2019 | SUMMONS ISSUED ON POINT TRANSPORT (DEFENDANT); | 1 |
| | | 10/22/2019 | ORDER GRANTING DEFENDANTS REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, NATIONAL INDEMNITY INSURANCE, AND BERKSHIRE HATHAWAY HOMESTATE COMPANIES' MOTION TO DISMISS WITH PREJUDICE (CLOSES) | 2 |
| | | 10/14/2019 | HEARING DISPOSITION FORM | 1 |
| | | 10/07/2019 | ANSWER AND AFFIRMATIVE DEFENSE LARRY E POWERS JR (DEFENDANT) | 2 |
| | | 09/27/2019 | SHERIFF'S RETURN ON 20-DAY SUMMONS - UNSERVED JOSEPH MISATULI LEIA (DEFENDANT); | 3 |
| | | 09/27/2019 | SHERIFF'S RETURN ON 20-DAY SUMMONS - SERVED REDWOOD FIRE AND CASUALTY INSURANCE COMPANY (DEFENDANT); | 1 |
| | | 09/27/2019 | SHERIFF'S RETURN ON 20-DAY SUMMONS - UNSERVED ON POINT TRANSPORT (DEFENDANT); | 1 |
| | | 09/27/2019 | SHERIFF'S RETURN ON 20-DAY SUMMONS - SERVED NATIONAL INDEMNITY INSURANCE (DEFENDANT); | 1 |
| | | 09/27/2019 | SHERIFF'S RETURN ON 20-DAY SUMMONS - SERVED BERKSHIRE HATHAWAY HOMESTATE COMPANIES (DEFENDANT); | 1 |
| | | 09/24/2019 | DEFENDANT'S NOTICE OF HEARING - 10/11/19 @ 3PM | 2 |
| | | 09/24/2019 | DEFENDANT'S MOTION TO DISMISS ELLIS T. FERNANDEZ III ESQ (Attorney) on behalf of REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, NATIONAL INDEMNITY INSURANCE, BERKSHIRE HATHAWAY HOMESTATE COMPANIES (DEFENDANT) | 3 |
| | | 09/18/2019 | AFFIDAVIT OF SERVICE - SERVED LARRY E POWERS JR (DEFENDANT); | 2 |
| | | 08/13/2019 | SUMMONS ISSUED NATIONAL INDEMNITY INSURANCE (DEFENDANT); | 1 |
| | | 08/13/2019 | SUMMONS ISSUED ON POINT TRANSPORT (DEFENDANT); | 1 |
| | | 08/13/2019 | SUMMONS ISSUED JOSEPH MISATULI LEIA (DEFENDANT); | 2 |
| | | 08/13/2019 | SUMMONS ISSUED REDWOOD FIRE AND CASUALTY INSURANCE COMPANY (DEFENDANT) | 1 |
| | | 08/13/2019 | SUMMONS ISSUED LARRY E POWERS JR (DEFENDANT); | 2 |
| | | 08/13/2019 | SUMMONS ISSUED CJ HESTER INC. (DEFENDANT); | 1 |
| | | 08/13/2019 | SUMMONS ISSUED BERKSHIRE HATHAWAY HOMESTATE COMPANIES (DEFENDANT); | 1 |
| | | 07/31/2019 | SUMMONS UNISSUED - WITH FEE Receipt: 441934 Date: 07/31/2019 CLERK UNABLE TO ISSUE / STYLE ON SUMMONS MUST MATCH CASE STYLE LARRY E POWERS JR (DEFENDANT); | 2 |
| | | 07/31/2019 | SUMMONS UNISSUED - WITH FEE Receipt: 441934 Date: 07/31/2019 CLERK UNABLE TO ISSUE / NOT A PARTY ON THE CASE / STYLE ON SUMMONS MUST MATCH CASE STYLE | 1 |
| | | 07/31/2019 | SUMMONS UNISSUED - WITH FEE Receipt: 441934 Date: 07/31/2019 CLERK UNABLE TO ISSUE / STYLE ON SUMMONS MUST MATCH CASE STYLE REDWOOD FIRE AND CASUALTY INSURANCE COMPANY (DEFENDANT); | 1 |
| | | 07/31/2019 | SUMMONS UNISSUED - WITH FEE Receipt: 441934 Date: 07/31/2019 CLERK UNABLE TO ISSUE / STYLE ON SUMMONS MUST MATCH CASE STYLE JOSEPH MISATULI LEIA (DEFENDANT); | 2 |
| | | 07/31/2019 | SUMMONS UNISSUED - WITH FEE Receipt: 441934 Date: 07/31/2019 CLERK UNABLE TO ISSUE / STYLE ON SUMMONS MUST MATCH CASE STYLE NATIONAL INDEMNITY INSURANCE (DEFENDANT); | 1 |
| | | 07/31/2019 | SUMMONS UNISSUED - WITH FEE Receipt: 441934 Date: 07/31/2019 CLERK UNABLE TO ISSUE / STYLE ON SUMMONS MUST MATCH CASE STYLE BERKSHIRE HATHAWAY HOMESTATE COMPANIES (DEFENDANT); | 1 |
| | | 07/31/2019 | SUMMONS - UNISSUED CLERK UNABLE TO ISSUE / STYLE ON SUMMONS DOES NOT MATCH CASE STYLE/ NO FEE PAID | 2 |
| | | 07/26/2019 | CIVIL COVER SHEET - JURY TRIAL REQUESTED | 2 |
| | | 07/26/2019 | COMPLAINT Receipt: 441779 Date: 07/26/2019 | 3 |

| Judge Assignment History | |
| Court Events | |
| Financial Summary | |
| Reopen History | |

Filing # 93195088 E-Filed 07/26/2019 03:25:46 AM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law.  This form must be filed by the plaintiff or petitioner for the use of the Clerk of Court for the purpose of reporting judicial workload data pursuant to section 25.075, Florida Statutes.  (See instructions for completion.)

### I.   CASE STYLE

IN THE CIRCUIT COURT OF THE <u>EIGHTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ALACHUA</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce</u>
Plaintiff

vs.

<u>On Point Transport Inc, Redwood Fire and Casualty Insurance Company, Berkshire Hathaway Homestate Companies, National Indemnity Insurance, Joseph Misatuli Leia, CJ Hester Inc, Larry E Powers</u>
Defendant

### II.   TYPE OF CASE

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☐ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure $0 - $50,000
  - ☐ Commercial foreclosure $50,001 - $249,999
  - ☐ Commercial foreclosure $250,000 or more
  - ☐ Homestead residential foreclosure $0 – 50,000
  - ☐ Homestead residential foreclosure $50,001 - $249,999
  - ☐ Homestead residential foreclosure $250,000 or more
  - ☐ Non-homestead residential foreclosure $0 - $50,000

- ☐ Non-homestead residential foreclosure $50,001 - $249,999
- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
  - ☐ Malpractice – other professional
- ☒ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☒ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III.     **REMEDIES SOUGHT** (check all that apply):
     ☒   Monetary;
     ☐   Non-monetary declaratory or injunctive relief;
     ☒   Punitive

IV.     **NUMBER OF CAUSES OF ACTION: (     )**
(Specify)

    <u>7</u>

V.      **IS THIS CASE A CLASS ACTION LAWSUIT?**
     ☐   Yes
     ☒   No

VI.     **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
     ☒   No
     ☐   Yes – If "yes" list all related cases by name, case number and court:

    <u>None</u>

VII.    **IS JURY TRIAL DEMANDED IN COMPLAINT?**
     ☒   Yes
     ☐   No

---

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature <u>s/ Marcelle Ann Angall-Leonce</u>    FL Bar No.:
    Attorney or party                         (Bar number, if attorney)

    <u>Marcelle Ann Angall-Leonce</u> <u>07/26/2019</u>
        (Type or print name)                        Date

Filing # 93195088 E-Filed 07/26/2019 03:25:46 AM

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO: **2019 CA 2558**
_____

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce

Plaintiff

vs.

On Point Transport, Redwood Fire and Casualty Insurance Company, National Indemnity
Insurance, Berkshire Hathaway Homestate Companies, Joseph Misatuli Leia, CJ Hester Inc. and
Larry E. Powers, Jr

**Complaint for Damages**

We are filing a complaint for damages from an auto accident July 26, 2015 NB on I-75.

Injuries diagnosed as Post Concussion Syndrome; Traumatic Rupture of Cervical disc (C2-T-1 &

Lumbosacral Plexus); Acute Post Traumatic Intractable Headaches; Central Vertigo, Bilateral;

Injury to Trigeminal Nerve; Vestibular damage; Situational Depression; and others. I entered

into a Settlement Agreement with Defendants through CJ Hester Inc.

**Complaint:** 1) The Defendants are unwilling to compensate for the remainder of medical

and rehabilitation bills, 2) Injuries and disability; 3) Loss of income; 4) Loss of future income, 5)

Future surgery; 6) Loss of consortium, and 7) Financial damages to family.

During the Settlement Agreement process I was told my request was outside of the policy

limits but when I requested to know the policy and policies limits I was told because I am not

legally represented I cannot obtain the information. Another reason was it is a California policy that was not governed by the state of Florida statutes for release to a third party.

We assisted the adjuster (CJ Hester) to obtain the needed information for the Settlement Agreement on employment information and loss wages but no provision was made for loss wages. My Social Security disability is being used currently and in the past, private disability through my employer. The rehabilitation for cognitive behavior therapy (CBT) is retraining through education was initiated through the private Disability Company, in progress. We had to sell our home in order to pay for continued rehabilitation and retraining.

We do not have an attorney because he withdrew from the case because I was not in agreement to have neck surgery, which at the time would have negatively impacted my life further. However, he has placed a lien of $12,500.00 for unknown reasons and refuses to disclose the breakdown of the $12,500.00. He has disclosed to CJ Hester Adjuster the amount he had discussed with us (per the Adjuster) that he thinks I deserve. However, he did not have a conference to discuss my injuries with any of my doctors as he had stated he would do.

I am a registered nurse and was working a full time job which I have been unable to perform for the last four years due to the chronic neck pain, headaches due to neck pain and elevated blood pressure due to neck pain with brain fog, vertigo, numbness, tingling sensation of arms and legs, spasms in fingers and toes, increase risk of fall, visual changes with neck pain resulting headaches, hyper vigilance and situational depression and more symptoms.

We were also denied loss of consortium even though they told Romanus to submit a loss of consortium. He suffered greatly with me. We were both living and working in Georgia with our home in Florida at the time of the accident. Unfortunately, Geico, our auto insurance at the time refused to pay for my treatment because the accident occurred in Florida and refused to give

authorization for treatment in Georgia, forcing my returned to Florida for therapy. We were separated from each other and it was difficult for me to sleep at nights and a lot of other inconveniences and emotional stress and distress.

I have requested a Meditator several times in the Settlement Agreement process but was told a lawsuit has to be filed before mediation is possible. I am appealing to the court to intercede on our behalf for a just compensation for our above complaints. Thank you for hearing our complaints.

We request that all court cost be covered by the Defendants since they acted in bad faith towards.

Sincerely,

Marcelle A Angall-Leonce and Romanus S Leonce

IN THE CIRCUIT COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce Romanus Sylvester Leonce

_____

Plaintiff,                                    Case No.: 012019-CA-002558
                                                      _____

                    -vs-
                                              Division: Circuit Civil
Berkshire Hathaway Homestate Companies                _____

_____,

Defendant(s).

## SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on
defendant

Berkshire Hathaway Homestate Companies
_____
1314 Douglas St
_____
Omaha, NE 68102
_____

_____

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose
name and address is

Marcelle A Angall-Leonce & Romanus S Leonce
_____
560 Bay Grove Rd
_____
Loganville, GA 30052
_____

_____

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the
original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded
in the complaint or petition.

WITNESS my hand and the seal of said Court on _____, _____.

# CLERK UNABLE TO ISSUE

                                        J.K. "Jess" Irby, Esq.
                                        Clerk of Circuit Court

                              By _____

                                        Deputy Clerk

                    Civil Division
                    Alachua County Courthouse
                    201 East University Avenue • Gainesville Florida 32601
                    Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

IN THE **CIRCUIT** COURT OF THE EIGHTH JUDICIAL CIRCUIT
**COUNTY** IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce Romanus Sylvester Leonce
_____

Plaintiff,                                    Case No.: 012019-CA-002558
                                              _____
-vs-
                                              Division: Circuit Civil
CJ Hester Adjusters/Investigators            _____
_____

_____,
Defendant(s).

## SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

CJ Hester Adjusters/Investigators
_____
4088 Government Blvd
_____
Mobile, AL 36693
_____

_____

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

Marcelle A Angall-Leonce & Romanus S. Leonce
_____
560 Bay Grove Rd
_____
Loganville, GA 30052
_____

_____

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

# CLERK UNABLE TO ISSUE

By:_____
Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

IN THE County COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce, Romanus S Leonc

Plaintiff,

Case No.: 012019-CA-002558

-vs-

Division: Circuit Civil

*Joseph Misatuli Leia*

Defendant.

## SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:  You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

*Joseph Misatuli Leia*

12937 Road 35 1-2

Madera, CA 93636

Dated on _____.

# CLERK UNABLE TO ISSUE

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by: _____
Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

## IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Marcelle A Angall-Leonce, Romanus S Leonce

Plaintiff/Plaintiff's Attorney

560 Bay Grove Rd

Loganville, GA 30052

Address

_____

Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous.  Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

Case 1:20-cv-00127-AW-GRJ   Document 4-1   Filed 06/01/20   Page 20 of 178

IN THE County COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce, Romanus S Leonc

Plaintiff,

-vs-

Larry E. Powers, Jr.

Defendant.

Case No.: 012019-CA-002558

Division: Circuit Civil

## SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

Larry E. Powers, Jr.

Powers Personal Injury Law Firm

505 Wekiva Springs Road, Suite 300

Longwood, FL 32779

Dated on _____.

# CLERK UNABLE TO ISSUE

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by: _____
Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Marcelle A Angall-Leonce, Romanus S Leonce

Plaintiff/Plaintiff's Attorney
560 Bay Grove Rd

Loganville, GA 30052

Address

_____

Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).


**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous.  Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

IN THE CIRCUIT COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce Romanus Sylvester Leonce
_____

Plaintiff,

-vs-

National Indemnity Company
_____

_____

Defendant(s).

Case No.: 012019-CA-002558
_____

Division: Circuit Civil
_____

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

National Indemnity Company
_____
1314 Douglas St.  #1400
_____
Omaha, NE 68102
_____

_____

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

Marcelle A Angall-Leonce & Romanus S. Leonce
_____
560 Bay Grove Rd
_____
Loganville, GA 30052
_____

_____

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____, _____.

# CLERK UNABLE TO ISSUE

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____
Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

IN THE ~~CIRCUIT COUNTY~~ COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce
Romanus Sylvester Leonce
_____

Plaintiff,

-vs-

_Redwood Fire and Casualty Insurance Company_
_____

_____,

Defendant(s).

Case No.: 012019-CA-002558
_____

Division: Circuit Civil
_____

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

_Redwood Fire and Casualty Insurance Company_
3333 Farnam St #300
Omaha, NE 68131
_____
_____

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

Marcelle A Angall-Leonce and Romanus S Leonce
560 Bay Grove Rd
Loganville, GA 30052
_____
_____

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____
Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

Case 1:20-cv-00127-AW-GRJ   Document 4-1   Filed 06/01/20   Page 27 of 178

IN THE County COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce, Romanus S Leonc

Plaintiff,

-vs-

*Joseph Misatuli Leia*

Defendant.

Case No.: 012019-CA-002558

Division: Circuit Civil

## SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:  You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

*Joseph Misatuli Leia*

12937 Road 35 1-2

Madera, CA 93636

Dated on _____.

# CLERK UNABLE TO ISSUE

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by:

Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Marcelle A Angall-Leonce, Romanus S Leonce

Plaintiff/Plaintiff's Attorney
560 Bay Grove Rd

Loganville, GA 30052

Address

Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).


**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous.  Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

Filing # 94030796 E-Filed 08/12/2019 03:44:17 PM

IN THE CIRCUIT COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce
_____,

    Plaintiff,                  Case No.: 01-2019-CA-002558

        -vs-

On Point Transport, et al           Division: _____
_____

_____,

    Defendant(s).

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

    Berkshire Hathaway Homestate Companies
    1314 Douglas St.
    Omaha, NE 68102

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

    Marcelle A Angall-Leonce, Romanus S Leonce
    560 Bay Grove Rd
    Loganville, GA 30052

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____ AUGUST 13, 2019 _____, _____.

                          J.K. "Jess" Irby, Esq.
                          Clerk of Circuit Court

By _____

                  Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

Filing # 94030796 E-Filed 08/12/2019 03:44:17 PM

IN THE ~~CIRCUIT COUNTY~~ COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce
_____,

     Plaintiff,

Case No.: 01-2019-CA-002558
_____

        -vs-

Division: _____

On Point Transport, et al
_____

_____,

     Defendant(s).

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on
defendant

CJ Hester Inc
_____

4088 Government Blvd
_____

Mobile, AL 36693
_____

_____

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose
name and address is

Marcelle A Angall-Leonce, Romanus S Leonce
_____

560 Bay Grove Rd
_____

Loganville, GA 30052
_____

_____

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the
original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded
in the complaint or petition.

WITNESS my hand and the seal of said Court on _____**AUGUST 13, 2019**_____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____

               Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

Filing # 94030796 E-Filed 08/12/2019 03:44:17 PM

IN THE Circuit COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce, Romanus S

Plaintiff,

Case No.: 01-2019-CA-002558

-vs-

Division: _____

On Point Transport, et al

Defendant.

## SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:  You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

Joseph Misatuli Leia

12937 Road 35 1-2

Madera, CA 93636

Dated on      AUGUST 13, 2019      .

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by:
Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Plaintiff/Plaintiff's Attorney

Address

Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).


**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous.  Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

Filing # 94030796 E-Filed 08/12/2019 03:44:17 PM

IN THE ~~Circuit~~ COURT OF THE EIGHTH JUDICIAL CIRCUIT
County.
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce, Romanus S
_____,

Plaintiff,

Case No.: 01-2019-CA-002558
_____

-vs-

Division: _____

On Point Transport, et al
_____,

Defendant.

**SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL**

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:  You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

Larry E. Powers, Jr.
_____

Powers Personal Injury Law Firm
_____

505 Wekiva Springs Road, Suite 300
_____

Longwood, FL 32779
_____

Dated on _____**AUGUST 13, 2019**_____.

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by _____
Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

_____
Plaintiff/Plaintiff's Attorney

_____

_____
Address

_____
Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).


**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous.  Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

Filing # 94030796 E-Filed 08/12/2019 03:44:17 PM

IN THE ~~CIRCUIT COUNTY~~ COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce
_____,

      Plaintiff,

          -vs-

On Point Transport, et al
_____

_____,

      Defendant(s).

Case No.: 01-2019-CA-002558
_____

Division: _____

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

    National Indemnity Insurance
    1314 Douglas St.  #1400
    Omaha, NE 68102

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

    Marcelle A Angall-Leonce, Romanus S Leonce
    560 Bay Grove Rd
    Loganville, GA 30052

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____ AUGUST 13, 2019 _____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____
          Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

Filing # 94030796 E-Filed 08/12/2019 03:44:17 PM

IN THE CIRCUIT COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce
_____,

Plaintiff,                                            Case No.: 01-2019-CA-002558 _____

-vs-

On Point Transport, et al.                            Division: _____
_____

_____,

Defendant(s).

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on
defendant

On Point Transport
_____
4777 S Chestnut Ave
_____
Fresno, CA 93725
_____

_____

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose
name and address is

Marcelle A Angall-Leonce, Romanus S Leonce
_____
560 Bay Grove Rd
_____
Loganville, GA 30052
_____

_____

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the
original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded
in the complaint or petition.

WITNESS my hand and the seal of said Court on _____AUGUST 13, 2019_____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____
Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

Filing # 94030796 E-Filed 08/12/2019 03:44:17 PM

9/3/19
1548 hrs

IN THE ~~CIRCUIT COUNTY~~ COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce
_____

Plaintiff,                                     Case No.: 01-2019-CA-002558
_____

-vs-

On Point Transport, et al                      Division: _____
_____

_____

Defendant(s).

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on
defendant

Redwood Fire and Casualty Insurance Company
_____
3333 Farnam St #300
_____
Omaha, NE 68131
_____

_____

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose
name and address is

Marcelle A Angall-Leonce, Romanus S Leonce
_____
560 Bay Grove Rd
_____
Loganville, GA 30052
_____

_____

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the
original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded
in the complaint or petition.

WITNESS my hand and the seal of said Court on _____ **AUGUST 13, 2019** _____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____
Deputy Clerk

I hereby certify that this is a true
copy of the original writ with all
the endorsements thereon,
TIMOTHY F. DUNNING
Sheriff

ALA 19-20987

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

Suit notification email sent: 9/3/2019 5:10 PM DATarmey

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO:  _____2019 CA 2558_____

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce

Plaintiff

vs.

On Point Transport, Redwood Fire and Casualty Insurance Company, National Indemnity Insurance, Berkshire Hathaway Homestate Companies, Joseph Misatuli Leia, CJ Hester Inc. and Larry E. Powers, Jr

### **Complaint for Damages**

We are filing a complaint for damages from an auto accident July 26, 2015 NB on I-75. Injuries diagnosed as Post Concussion Syndrome; Traumatic Rupture of Cervical disc (C2-T-1 & Lumbosacral Plexus); Acute Post Traumatic Intractable Headaches; Central Vertigo, Bilateral; Injury to Trigeminal Nerve; Vestibular damage; Situational Depression; and others. I entered into a Settlement Agreement with Defendants through CJ Hester Inc.

**Complaint:** 1) The Defendants are unwilling to compensate for the remainder of medical and rehabilitation bills, 2) Injuries and disability; 3) Loss of income; 4) Loss of future income, 5) Future surgery; 6) Loss of consortium, and 7) Financial damages to family.

During the Settlement Agreement process I was told my request was outside of the policy limits but when I requested to know the policy and policies limits I was told because I am not

legally represented I cannot obtain the information. Another reason was it is a California policy that was not governed by the state of Florida statutes for release to a third party.

We assisted the adjuster (CJ Hester) to obtain the needed information for the Settlement Agreement on employment information and loss wages but no provision was made for loss wages. My Social Security disability is being used currently and in the past, private disability through my employer. The rehabilitation for cognitive behavior therapy (CBT) is retraining through education was initiated through the private Disability Company, in progress. We had to sell our home in order to pay for continued rehabilitation and retraining.

We do not have an attorney because he withdrew from the case because I was not in agreement to have neck surgery, which at the time would have negatively impacted my life further. However, he has placed a lien of $12,500.00 for unknown reasons and refuses to disclose the breakdown of the $12,500.00. He has disclosed to CJ Hester Adjuster the amount he had discussed with us (per the Adjuster) that he thinks I deserve. However, he did not have a conference to discuss my injuries with any of my doctors as he had stated he would do.

I am a registered nurse and was working a full time job which I have been unable to perform for the last four years due to the chronic neck pain, headaches due to neck pain and elevated blood pressure due to neck pain with brain fog, vertigo, numbness, tingling sensation of arms and legs, spasms in fingers and toes, increase risk of fall, visual changes with neck pain resulting headaches, hyper vigilance and situational depression and more symptoms.

We were also denied loss of consortium even though they told Romanus to submit a loss of consortium. He suffered greatly with me. We were both living and working in Georgia with our home in Florida at the time of the accident. Unfortunately, Geico, our auto insurance at the time refused to pay for my treatment because the accident occurred in Florida and refused to give

authorization for treatment in Georgia, forcing my returned to Florida for therapy. We were separated from each other and it was difficult for me to sleep at nights and a lot of other inconveniences and emotional stress and distress.

I have requested a Meditator several times in the Settlement Agreement process but was told a lawsuit has to be filed before mediation is possible. I am appealing to the court to intercede on our behalf for a just compensation for our above complaints. Thank you for hearing our complaints.

We request that all court cost be covered by the Defendants since they acted in bad faith towards.

Sincerely,

Marcelle A Angall-Leonce and Romanus S Leonce

Filing # 94030796 E-Filed 08/12/2019 03:44:17 PM

IN THE ~~CIRCUIT COUNTY~~ COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce
_____,

      Plaintiff,

          -vs-

On Point Transport, et al
_____

_____,

      Defendant(s).

Case No.: 01-2019-CA-002558
_____

Division: _____

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on
defendant

    Redwood Fire and Casualty Insurance Company
    _____
    3333 Farnam St #300
    _____
    Omaha, NE 68131
    _____
    _____

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose
name and address is

    Marcelle A Angall-Leonce, Romanus S Leonce
    _____
    560 Bay Grove Rd
    _____
    Loganville, GA 30052
    _____
    _____

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the
original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately
thereafter.  If a defendant fails to do so, a default will be entered against that defendant for the relief demanded
in the complaint or petition.

WITNESS my hand and the seal of said Court on _____**AUGUST 13, 2019**_____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____
          Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

Case 1:20-cv-00127-AW-GRJ   Document 4-1   Filed 06/01/20   Page 51 of 178

| Person or Company to be Served | LARRY E POWERS JR<br>POWERS PERSONAL INJURY LAW FIRM<br>505 WEKIVA SPRINGS ROAD<br>SUITE 300<br>LONGWOOD, FL 32779 |
|---|---|

**Plaintiff/Attorney**

**MARCELLE A ANGALL-LEONCE, ROMANUS S**
**560 BAY GROVE Road**
**Loganville, GA 30052**

Plaintiff: MARCELLE A ANGALL-LEONCE, ROMANUS S

vs.

Defendant: ON POINT TRANSPORT, ET AL

Case #: 19CA2558                                    Due Date:
Court: ALACHUA COUNTY/CIRCUIT COURT
Type of Writ: SUMMONS/PERSONAL SERVICE OF AN INDIVIDUAL, COMPLAINT FOR
DAMAGES,                 Sheriff's #:  19011890

Received the above named writ on: 9/5/2019 at 8:59 AM and served/returned the same on: 9/17/2019
at 10:08 AM in SEMINOLE COUNTY, Florida, as follows:

**Corporate – Service on Statutory Officer**

By delivering a true copy of this writ together with a copy of the initial pleadings, if any, with the
date and hour of service endorsed thereon by me to wit: LARRY E POWERS III CORPORATE -
OFFICER of the within named corporation in the absence of any higher ranking officer as defined in
Chapter 48.081 (1), Florida Statutes.

Special Remarks:

Dennis M. Lemma, SHERIFF SEMINOLE
COUNTY, FLORIDA

/s/  *David Weir* 300020

**Deputy Sheriff/Civil Process Specialist**

IN THE CIRCUIT COURT, EIGHTH JUDICIAL CIRCUIT, IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO.: 2019-CA-2558

MARCELLE ANN ANGALL-LEONCE and
ROMANUS SYLVESTER LEONCE,
husband and wife,

       Plaintiffs,

vs.

ON POINT TRANSPORT,
REDWOOD FIRE AND CASUALTY INSURANCE COMPANY,
NATIONAL INDEMNITY INSURANCE,
BERKSHIRE HATHAWY HOMESTATE COMPANIES,
JOSEPH MISATULI LEIA, CJ HESTER INC.
And LARRY E. POWERS, Jr

       Defendants.

_____/

## DEFENDANTS' MOTION TO DISMISS

       **COME NOW,** the Defendants, **Redwood Fire and Casualty Insurance Company, National Indemnity Insurance,** and **Berkshire Hathaway Homestate Companies**, by and through their undersigned counsel, and pursuant to Rule 1.140, Florida Rules of Civil Procedure, and F.S. § 627.4136, and herein files this Motion to Dismiss, and in support thereof would set forth the following:

## SUMMARY OF ARGUMENT

       The Plaintiff is in violation of Fla. Stat. § 627.4136 and can not directly name an insurance company as a party to a lawsuit without first establishing a legal relationship as an

insured entitling the Plaintiffs to a "direct action" or the existence of a judgment for which they seek enforcement. No such allegations exist anywhere in the allegations.

## ARGUMENT

1. The Plaintiffs fail to allege any allegations, whatsoever, entitling them to a direct action against these Defendants, as these Defendants are insurance companies.

2. To the point, there are no contracts of insurance attached … nor even referenced ... between the Plaintiffs and these Defendants, that would create any legal relationship between the Plaintiffs, and further, there is not even a single reference to a final judgment the Plaintiffs possess that would allow either theory to proceed against these Defendants by the Plaintiffs.

3. As such, the Plaintiffs are in violation of §627.4136, Florida Statutes, specifically prohibiting these Defendants to be made a part of a lawsuit in this State.

4. While there are countless … literally, countless … other pleading violations found in the Plaintiffs' Complaint that violate many different pleading rules and regulations (which are not being waived by these Defendants), this very specific, and to the issue breach of a Statute, requires dismissal.

5. In addition, these Defendants have been required to obtain the services of the undersigned and are entitled to payment for all of their fees and costs in association with the presentation of this Motion and as such these Defendants demand entitlement to the recovery of the same from the Plaintiffs at a subsequent time when this Court can address those amounts.

6. Last, the entire Complaint is in violation of the Rules of Civil Procedure as to pleading requirements, their presentation, commingling of causes of actions, the pleading of irrelevant, immaterial and ultimately inadmissible allegations as set forth in Rules 1.110,

1.120, 1.130 and 1.150. As such it wholly without merit as to law or fact and should be dismissed.

**WHEREFORE**, these Defendants, **Redwood Fire And Casualty Insurance Company, National Indemnity Insurance, and Berkshire Hathaway Homestead Companies**, respectfully request from this Court an Order Dismissing the Plaintiffs' Complaint, and any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to Marcelle Ann Angall-Leonce and Romanus Sylvester Leonce**,** Via U.S.Mail to: 2614 Grapevine CRST, Ocoee, FL 34761 in this 23rd day of September, 2019.

**FERNANDEZ TRIAL LAWYERS, P.A.**

*/s/ Ellis .T. Fernandez, III*
**ELLIS T. FERNANDEZ, III, ESQ.**
Florida Bar No. 371556
**JOHN M. HOWELL, ESQ.**
Florida Bar No. 243027
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 (Phone)
(904) 398-0332 (Fax)
Attorneys for Defendants

Primary Email: Pleadings@FernandezTL.com
Secondary Email: Jhowell@FernandezTL.com
                 rbaker@fernandeztl.com

IN THE CIRCUIT COURT, EIGHTH
JUDICIAL CIRCUIT, IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NO.:  2019-CA-2558

MARCELLE ANN ANGALL-LEONCE and
ROMANUS SYLVESTER LEONCE,
husband and wife,

      Plaintiffs,

vs.

ON POINT TRANSPORT,
REDWOOD FIRE AND CASUALTY INSURANCE COMPANY,
NATIONAL INDEMNITY INSURANCE,
BERKSHIRE HATHAWY HOMESTATE COMPANIES,
JOSEPH MISATULI LEIA, CJ HESTER INC.
And LARRY E. POWERS, Jr

      Defendants.

_____/

## DEFENDANTS' MOTION TO DISMISS

      **COME NOW,** the Defendants, **Redwood Fire and Casualty Insurance Company,**

**National Indemnity Insurance,** and **Berkshire Hathaway Homestate Companies**, by and

through their undersigned counsel, and pursuant to Rule 1.140, Florida Rules of Civil Procedure,

and F.S. § 627.4136, and herein files this Motion to Dismiss, and in support thereof would set

forth the following:

## SUMMARY OF ARGUMENT

      The Plaintiff is in violation of  Fla. Stat. § 627.4136 and can not directly name an

insurance company as a party to a lawsuit without first establishing a legal relationship as an

insured entitling the Plaintiffs to a "direct action" or the existence of a judgment for which they seek enforcement. No such allegations exist anywhere in the allegations.

## ARGUMENT

1. The Plaintiffs fail to allege any allegations, whatsoever, entitling them to a direct action against these Defendants, as these Defendants are insurance companies.

2. To the point, there are no contracts of insurance attached … nor even referenced ... between the Plaintiffs and these Defendants, that would create any legal relationship between the Plaintiffs, and further, there is not even a single reference to a final judgment the Plaintiffs possess that would allow either theory to proceed against these Defendants by the Plaintiffs.

3. As such, the Plaintiffs are in violation of §627.4136, Florida Statutes, specifically prohibiting these Defendants to be made a part of a lawsuit in this State.

4. While there are countless … literally, countless … other pleading violations found in the Plaintiffs' Complaint that violate many different pleading rules and regulations (which are not being waived by these Defendants), this very specific, and to the issue breach of a Statute, requires dismissal.

5. In addition, these Defendants have been required to obtain the services of the undersigned and are entitled to payment for all of their fees and costs in association with the presentation of this Motion and as such these Defendants demand entitlement to the recovery of the same from the Plaintiffs at a subsequent time when this Court can address those amounts.

6. Last, the entire Complaint is in violation of the Rules of Civil Procedure as to pleading requirements, their presentation, commingling of causes of actions, the pleading of irrelevant, immaterial and ultimately inadmissible allegations as set forth in Rules 1.110,

1.120, 1.130 and 1.150. As such it wholly without merit as to law or fact and should be dismissed.

**WHEREFORE**, these Defendants, **Redwood Fire And Casualty Insurance Company, National Indemnity Insurance, and Berkshire Hathaway Homestead Companies**, respectfully request from this Court an Order Dismissing the Plaintiffs' Complaint, and any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to Marcelle Ann Angall-Leonce and Romanus Sylvester Leonce**,** Via U.S.Mail to: 2614 Grapevine CRST, Ocoee, FL 34761 in this 23rd day of September, 2019.

**FERNANDEZ TRIAL LAWYERS, P.A.**

*/s/ Ellis .T. Fernandez, III*
**ELLIS T. FERNANDEZ, III, ESQ.**
Florida Bar No. 371556
**JOHN M. HOWELL, ESQ.**
Florida Bar No. 243027
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 (Phone)
(904) 398-0332 (Fax)
Attorneys for Defendants

Primary Email: Pleadings@FernandezTL.com
Secondary Email: Jhowell@FernandezTL.com
                         rbaker@fernandeztl.com

IN THE CIRCUIT COURT,
EIGHTH JUDICIAL CIRCUIT,
IN AND FOR ALACHUA
COUNTY, FLORIDA

CASE NO.:  2019-CA-2558

MARCELLE ANN ANGALL-LEONCE and
ROMANUS SYLVESTER LEONCE,
husband and wife,


      Plaintiffs,

vs.

ON POINT TRANSPORT,
REDWOOD FIRE AND CASUALTY INSURANCE COMPANY,
NATIONAL INDEMNITY INSURANCE,
BERKSHIRE HATHAWY HOMESTATE COMPANIES,
JOSEPH MISATULI LEIA, CJ HESTER INC.
and LARRY E. POWERS, JR.,


      Defendants.

_____/

## DEFENDANTS' NOTICE OF HEARING

     **PLEASE TAKE NOTICE** that on **Friday, October 11, 2019**, at **3:00 p.m.** or as

soon thereafter as counsel may be heard, the undersigned will call up for hearing and

disposition by the Honorable Donna Keim, in chambers at Alachua County Courthouse,

Room 416, 201 E University Avenue, Gainesville, Florida 32601, on the following:

1. **Defendant's, Redwood fire and Casualty Insurance Company, National Indemnity Insurance and Berkshire Hathaway Homestate Companies Motion to Dismiss.**

*(15 Minutes Have Been Reserved)*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing has been furnished to Marcelle Ann Angall-Leonce and Romanus Sylvester Leonce**,** Via U.S.Mail to: 2614 Grapevine CRST, Ocoee, FL 34761 in this 24th day of September, 2019.

**FERNANDEZ TRIAL LAWYERS, P.A.**

*/s/ Ellis .T. Fernandez, III_____*
**ELLIS T. FERNANDEZ, III, ESQ.**
Florida Bar No. 371556
**JOHN M. HOWELL, ESQ.**
Florida Bar No. 243027
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 (Phone)
(904) 398-0332 (Fax)
Attorneys for Defendants

Primary Email:    Pleadings@FernandezTL.com
Secondary Email: Jhowell@FernandezTL.com
                        rbaker@fernandeztl.com

Filing # 96424633 E-Filed 09/27/2019 02:45:05 PM

| TO (Name and Address) Marcella Ann Angali-Leonce et al 560 Bay Grove Rd Loganville, GA 30052 | LEVYING OFFICER (Name and Address) Fresno County Sheriff's Office Fresno County Sheriff-Civil Unit P.O. Box 45025 Fresno, CA 93718 |
|---|---|
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY | (559) 600-8230 Fax: (559) 600-8322 California Relay Service Number (800) 735-2929 TDD or 711 |
| PLAINTIFF Marcella Ann Angali-Leonce et al DEFENDANT On Point Transport et al | COURT CASE NO. 01-2019-CA-002558 |
| **Notice of Action Taken** | LEVYING OFFICER FILE NO. |

WE ARE UNABLE TO PROCESS YOUR REQUEST FOR THE REASON(S) INDICATED BELOW:
*Every effort has been taken to locate all errors. Please re-check your documents for any additional errors before returning to us.*

It is necessary to have a SIGNED letter of instructions signed by the attorney of record or the plaintiff if he/she is in pro per. (CCP 262) It must state the name and address where the service is to be made. All instructions must have a return address. Substitute signatures are not acceptable. Facsimile signature stamps of attorneys are legal. We will not accept a photocopy.

Other: Please see our request for further information to include your phone number in order to contact you if there are any further questions. As we do not scan and keep any service documents, this will be our only record of your request. please be sure to name an agent for service of the Company you are suing. Your Money order for $ 40.00 25988718025 is enclosed, and may be used for service fees. Thank you in advance

Clerk: R. Wallace                    Date Received: 8/30/2019        Date Returned: 9/3/2019

CAS Form 15-1
04/13/2009 (Revised)                              **Notice of Action Taken**

STATE OF NEBRASKA  }
                   } §
COUNTY OF DOUGLAS  }

SHERIFF #:      19020981
COURT CASE #: OS 012019CA002558
COURT DOC #:
ATTY:          A - MAIL BACK TO ATTORNEY

RE: MARCELLE ANN ANGAIL-LEONCE, ET AL V. ON POINT TRANSPORT, ET AL

RECEIVED DATE: AUGUST 30, 2019

SERVICE ON: BERKSHIRE HATHAWAY HOMESTATE COMPANIES

ACTION TYPE AND PAPER TYPE: SUMMONS OUTSTATE, SUMMONS, COMPLAINT FOR DAMAGES

RETURNED: SERVED

SERVICE TYPE: COMPANY LEAVE

SERVEE: JANELLE KAY

RELATIONSHIP: OPERATIONS COORDINATOR

SERVICE DATE/TIME: AUGUST 30, 2019  3:46 PM

SERVICE RECORD:

08/30/2019  03:46 PM   SERVED @ 1314 DOUGLAS STREET  OMAHA NE 68102

WILLIAM SEDLAK, DESIGNATED AGENT OF THE SHERIFF
AUTHORIZED AND APPOINTED BY TIMOTHY F. DUNNING, SHERIFF

SERVICE        $50.00   PAID
TOTAL          $50.00

Timothy F. Dunning

Crystal Vlcek
9-3-2019

GENERAL NOTARY - State of Nebraska
CRYSTAL VLCEK
My Comm. Exp. June 20, 2023

STATE OF NEBRASKA }
                  } §
COUNTY OF DOUGLAS }

SHERIFF #:        19020976
COURT CASE #: OS 012019CA002558
COURT DOC #:
ATTY:        A - MAIL BACK TO ATTORNEY

RE: MARCELLE ANN ANGAIL-LEONCE, ET AL V. ON POINT TRANSPORT, ET AL

RECEIVED DATE: AUGUST 30, 2019

SERVICE ON: NATIONAL INDEMNITY INSURANCE

ACTION TYPE AND PAPER TYPE: SUMMONS OUTSTATE, SUMMONS, COMPLAINT FOR DAMAGES

RETURNED: SERVED

SERVICE TYPE: COMPANY LEAVE

SERVEE: JANELLE KAY

RELATIONSHIP: CORPORATE OPERATIONS MANAGER

SERVICE DATE/TIME: AUGUST 30, 2019  3:46 PM

SERVICE RECORD:
08/30/2019  03:46 PM   SERVED @ 1314 DOUGLAS STREET #1400 OMAHA NE
                       68102-1944

WILLIAM SEDLAK, DESIGNATED AGENT OF THE SHERIFF
AUTHORIZED AND APPOINTED BY TIMOTHY F. DUNNING, SHERIFF

SERVICE        $50.00   PAID
TOTAL          $50.00

Crystal Vlcek
9-3-2019

GENERAL NOTARY - State of Nebraska
CRYSTAL VLCEK
My Comm. Exp. June 28, 2023

STATE OF NEBRASKA }
                  } §
COUNTY OF DOUGLAS }

SHERIFF #:      19020987
COURT CASE #: OS 012019CA002558
COURT DOC #:
ATTY:          A - MAIL BACK TO ATTORNEY

RE: MARCELLE ANN ANGAIL-LEONCE, ET AL V. ON POINT TRANSPORT, ET AL

RECEIVED DATE: AUGUST 30, 2019

SERVICE ON: REDWOOD FIRE AND CASUALTY INSURANCE COMPANY

ACTION TYPE AND PAPER TYPE: SUMMONS OUTSTATE, SUMMONS, COMPLAINT FOR DAMAGES

RETURNED: SERVED

SERVICE TYPE: COMPANY LEAVE

SERVEE: J. MICHAEL GOTTSCHALK

RELATIONSHIP: SECRETARY OF REDWOOD FIRE & CASUALTY INSURANCE COMPANY

SERVICE DATE/TIME: SEPTEMBER 3, 2019 3:44 PM

SERVICE RECORD:

| | | |
|---|---|---|
| 09/03/2019 09:27 AM | BAD INFORMATION @ 3333 FARNAM STREET SUITE 300 OMAHA NE 68131 | PER CURRENT TENANT, BUSINESS NO LONGER HERE. |
| 09/03/2019 03:44 PM | SERVED @ 1314 DOUGLAS STREET OMAHA NE | SERVED AT REAL TRUE ADDRESS 1314 DOUGLAS STREET. |

WILLIAM SEDLAK, DESIGNATED AGENT OF THE SHERIFF
AUTHORIZED AND APPOINTED BY TIMOTHY F. DUNNING, SHERIFF

SERVICE        $50.00    PAID
TOTAL          $50.00

9-4-2019

GENERAL NOTARY - State of Nebraska
CRYSTAL VLCEK
My Comm. Exp. June 28, 2020

| | FOR COURT USE ONLY |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Marcelle A Angall-Leonce<br>560 Bay Grove Road<br>Loganville GA 30052<br><br>TELEPHONE NO.:          FAX NO. (Optional):<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

| | |
|---|---|
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF<br>STREET ADDRESS:   CA<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: In and For Alachua County, Florida | |
| PLAINTIFF/PETITIONER: Marcelle A Angall-Leonce, Romanus S Leonce | CASE NUMBER:<br>01-2019-CA-002558 |
| DEFENDANT/RESPONDENT: On Point Transport, Joseph Misatuli Leia, et al | |
| **Proof of Unsuccessful Service** | Ref. No. or File No.:<br>19000842 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I received the following papers on 09/05/2019:
   f. ☒ other (specify documents): SUMMONS & COMPLAINT

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:

   Joseph Misatuli Leia
   12937 Road 35 1/2  Madera CA 93636

4. See attached **declaration of diligence** stating actions taken first to attempt personal service.

5. I served the party
   a. ☐ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on      (2) at
   b. ☐ **by substituted service.** On:     at:     I left the documents listed in item 2 with or in the presence of:
      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on.
         ☐ a declaration of mailing is attached.
   c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on (date):      (2) from (city):
      (3) ☐ with two copies of the Notice and Acknowledgement of Receipt and a postage-paid return envelope addressed to me. (Attach completed Notice and Acknowledgement of Receipt) (Code Civ. Proc., § 415.30.)
      (4) ☐ to an address outside California with return receipt requested (Code Civ. Proc., § 415.40.)

d. ☐ **by other means**. Method _____ On: _____ at: _____

6. The "Notice to Person Served" (on the summons) was completed as follows:

    a. ☐ as an individual defendant

    b. ☐ as the person sued under the fictitious name of:

    c. ☐ as occupant

    d. ☐ On behalf of:

    under the following Code of Civil Procedure section:

        ☐ 416.10 (corporation)

        ☐ 416.20 (defunct corporation)

        ☐ 416.30 (joint stock company/association)

        ☐ 416.40 (association or partnership)

        ☐ 416.50 (public entity)

        ☐ 415.95 (business organization, form unknown)

        ☐ 416.60 (minor)

        ☐ 416.70 (ward or conservatee)

        ☐ 416.90 (authorized person)

        ☐ 415.46 (occupant)

        ☐ Other:

7. **Person who attempted service:**

    a. Name:      Paul Escovedo, Deputy

    b. Address:      2725 Falcon Drive Madera, CA 93637

    c. Telephone number:      (559) 675-7737

    d. The fee for service was: $    40.00

    e. I am:

        (1) ☒ not a registered California process server.

        (2) ☐ exempt from registration under Business and Professional Code section 22350(b).

        (3) ☐ a registered California process server:

            (i) ☐ owner    ☐ employee    ☐ independent contractor.

            (ii) Registration No.:

            (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9. ☒ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

Friday, September 6, 2019

Jay A Varney, Sheriff-Coroner
County of Madera

By: _Dep-Pol Escuedo 441_
        Sheriff's Authorized Agent

Remarks: Incorrect Address / See prior entry.

| ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| Marcelle A Angall-Leonce<br>560 Bay Grove Road<br>Loganville GA 30052<br><br>EMAIL:<br><br>ATTORNEY FOR: Marcelle A Angall-Leonce, Romanus S Leonce | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY<br><br>Circuit Court of the Eighth Judicial Circuit<br>CA | |

| | |
|---|---|
| PLAINTIFF:<br>Marcelle A Angall-Leonce, Romanus S Leonce<br>DEFENDANT:<br>On Point Transport, Joseph Misatuli Leia, et al | COURT CASE NO.:<br><br>01-2019-CA-002558 |
| **Declaration of Diligence** | LEVYING OFFICER FILE NO.:<br>19000842 |

Declaration of attempts to personally serve: Joseph Misatuli Leia

| | Date/Time | Method | Deputy | Address |
|---|---|---|---|---|
| 1 | 09/06/2019 12:20 pm | PERSONAL | Paul Escovedo, Deputy | 12937 Road 35 1/2  Madera CA 93636 |
| | | Remark: Defendant does not nor has never lived at this above address per resident Gursharn Dosanjh.<br>Defendant use to work for them a while back per resident. | | |
| 2 | 09/06/2019 1:31 pm | PERSONAL | Paul Escovedo, Deputy | 12937 Road 35 1/2  Madera CA 93636 |
| | | Remark: Incorrect Address / See prior entry. | | |

| TO: (Name and Address) | LEVYING OFFICER (Name and Address) |
|---|---|
| Marcella Ann Angall-Leonce et al<br>560 Bay Grove Rd<br>Loganville, GA 30052 | Fresno County Sheriff's Office<br>Fresno County Sheriff-Civil Unit<br>P.O. Box 45025<br>Fresno, CA 93718 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY: | (559) 600-8230<br>Fax: (559) 600-8322<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF<br>Marcella Ann Angall-Leonce et al<br>DEFENDANT<br>On Point Transport et al | COURT CASE NO.<br><br>01-2019-CA-002558 |

# Notice of Action Taken

LEVYING OFFICER FILE NO.

WE ARE UNABLE TO PROCESS YOUR REQUEST FOR THE REASON(S) INDICATED BELOW:

*Every effort has been taken to locate all errors. Please re-check your documents for any additional errors before returning to us.*

It is necessary to have a SIGNED letter of instructions signed by the attorney of record or the plaintiff if he/she is in pro per. (CCP 262) It must state the name and address where the service is to be made. All instructions must have a return address. Substitute signatures are not acceptable. Facsimile signature stamps of attorneys are legal. We will not accept a photocopy.
Other: Please see our request for further information to include your phone number in order to contact you if there are any further questions. As we do not scan and keep any service documents, this will be our only record of your request. please be sure to name an agent for service of the Company you are suing. Your Money order for $ 40.00 25988718025 is enclosed, and may be used for service fees. Thank you in advance

Clerk: **R. Wallace**

Date Received: **8/30/2019**

Date Returned: **9/3/2019**

Notice of Action Taken

Filing # 96837215 E-Filed 10/07/2019 12:23:36 PM

IN THE CIRCUIT COURT OF THE
EIGHTH JUDICIAL CIRCUIT IN
AND FOR ALACHUA COUNTY,
FLORIDA

MARCELLE ANN ANGALL-LEONCE;    CIRCUIT CIVIL DIVISION
AND ROMANUS SYLVESTER LEONCE,    CASE NO.: 2019-CA-2558

       Plaintiffs,

vs.

ON POINT TRANSPORT; REDWOOD FIRE
AND CASUALTY INSURANCE COMPANY;
NATIONAL INDEMNITY INSURANCE;
BERKSHIRE HATHAWAY HOMESTATE
COMPANIES; JOSEPH MISATULI LEIA,
CJ HESTER INC.; AND LARRY E. POWERS, JR.,

       Defendants.

                               /

## DEFENDANTS ANSWER AND AFFIRMATIVE DEFENSES

    COMES NOW, Co-Defendant, LARRY E. POWERS, JR., and respectfully files his

Answer to the Plaintiffs' Complaint as follows:

### ANSWER

    1.    This is a general complaint that is not numbered, making it difficult to respond to.

    2.    As to the fifth paragraph, Co-Defendant admits that he has placed an attorney's fee

lien for fees and costs on the file, but denies the remainder of the paragraph.

    3.    As to the remainder of the complaint, co-Defendant is without knowledge.

### AFFIRMATIVE DEFENSES

    1.    The Complaint is not expressed in the proper form and makes it virtually impossible

to respond to. As a result, Co-Defendant requests that the Complaint be dismissed.

2.    The Complaint was filed in Alachua County, which is an improper venue as the accident occurred in Marion County and no Defendant resides in Alachua County.

WHEREFORE, for the reasons stated above, the Defendant respectfully moves this Court for entry of an Order dismissing the Plaintiffs' Complaint in its entirety.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Answer was electronically filed with the Clerk of the Court by using the Florida Courts E-Filing Portal, and true and accurate copies thereof were served by e-mail delivery to Marcelle Ann Angall-Leonce, the Plaintiff, at leoncesyl@aol.com, Redwood Fire & Casualty Insurance Company at reports@nationalindemnity.com, and CJ Hester Inc. at jtrehern@hesterinc.net, on this 7th day of October, 2019.

Respectfully Submitted,

Larry E. Powers, Jr.
Fla. Bar No.: 0705934
505 Wekiva Springs Road, Ste. 300
Longwood, FL 32779
Telephone: (407) 862-6666
Email: PPILawFirm@aol.com

HEARING DISPOSITION FORM

Date: 10/11/19        Time: 3:00-3:10            Case No.: 01-2019-CA-2558
Case Name:  Marcelle Ann Angall-Leonce and Romanus Sylvester Leonce v On Point Transport,
Redwood Fire and Casualty Insurance Company, National Indemnity Insurance, Berkshire
Hathaway Homestate Companies, Joseph Misatuli Leia, CJ Hester Inc and Larry E Powers Jr.

| Pl/Def | Attys | Phone | Person | FTA |
|---|---|---|---|---|
| Marcelle Ann Angall-Leonce | Pro Se | | ✓ | |
| Romanus Sylvester Leonce | Pro Se | | ✓ | |
| On Point Transport | unserved | | | |
| Redwood Fire and Casualty Ins. Company | Ellis ~~Fernandez, III~~ | | | |
| National Indemnity Ins. | Ellis ~~Fernandez, III~~ & Katherine Hadas  Deana Golten | | | |
| Berkshire Hathaway Homestate Co. | Ellis ~~Fernandez, III~~ | | | |
| Joseph Misatuli Leia | unserved | | | |
| CJ Hester Inc | - adjusting co. | | | |
| Larry E Powers Jr. | former counsel for Tls. | | | |

Court Reporter Present:  _____ Yes  _____ No

Pre-Hearing Notes: _____

_____

_____Subject of Hearing and Ruling
Order to be prepared by:

| Defendants Redwood Fire and Casualty Ins. Company, National Indemnity Ins. & Berkshire Hathaway Homestate Co.'s Motion to Dismiss | Granted w/ prejudice |
|---|---|

Case: 2019 CA 002558

Other Comments: _____

_____

_____ Maintain file in office              _____ File to Clerk

1

IN THE CIRCUIT COURT
OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

MARCELLE ANN ANGALL-LEONCE and      CASE NO.: 01-2019-CA-2558
ROMANUS SYLVESTER LEONCE,      DIVISION: J
husband and wife,
     Plaintiffs,

vs.

ON POINT TRANSPORT,
REDWOOD FIRE AND CASUALTY INSURANCE COMPANY,
NATIONAL INDEMNITY INSURANCE,
BERKSHIRE HATHAWY HOMESTATE COMPANIES,
JOSEPH MISATULI LEIA, CJ HESTER INC.
and LARRY E. POWERS, JR.,
     Defendants.
_____/

### ORDER GRANTING DEFENDANTS' REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, NATIONAL INDEMNITY INSURANCE, AND BERKSHIRE HATHAWAY HOMESTATE COMPANIES' MOTION TO DISMISS WITH PREJUDICE

**THIS MATTER** came on to be heard before this Court on October 11, 2019, in Chambers, on the Defendants', Redwood Fire and Casualty Insurance Company, National Indemnity Insurance, and Berkshire Hathaway Homestate Companies Motion to Dismiss, and the Court, after hearing the argument of counsel, and otherwise being advised, it is,

**ORDERED AND ADJUDGED:**

1. The Defendants' Motion to Dismiss is hereby **GRANTED WITH PREJUDICE.**

DONE AND ORDERED in Chambers at the Alachua County Courthouse, Gainesville, Florida this Monday, October 21, 2019.

01-2019-CA-002558 10/21/2019 04:08:08 PM

Donna M. Keim, Circuit Judge
01-2019-CA-002558 10/21/2019 04:08:08 PM

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing document was

furnished to the below parties by E-Portal on this Tuesday, October 22, 2019:

JOSEPH MISATULI LEIA
12937 ROAD 35 1-2
MADERA, CA 93636

Ellis T. Fernandez III
pleadings@fernandeztl.com
et@fernandeztl.com
TGurganus@fernandeztl.com

John Moffitt Howell
jhowell@fernandeztl.com
klang-thorbs@fernandeztl.com
pleadings@fernandeztl.com

Larry Edward Powers Jr
ppilawfirm@aol.com

Marcelle Ann Angall-Leonce
leoncesyl@aol.com

Romanus Sylvester Leonce
leoncesy101@yahoo.com

01-2019-CA-002558 10/22/2019 08:01:52 AM

Theresa Hall, Judicial Assistant
01-2019-CA-002558 10/22/2019 08:01:52 AM

## IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
## IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO: 01-2019-CA-00258

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce

Plaintiff

vs.

On Point Transport Inc, Joseph Misatuli Leia, CJ Hester Inc, and Larry E. Powers, Jr

### Amended Complaint for Damages

We are filing a complaint for damages from an auto accident July 26, 2015 NB on I-75. Injuries diagnosed as Post-concussion syndrome; Traumatic Rupture of Cervical disc (C2-T-1 & Lumbosacral Plexus); Acute Post Traumatic Intractable Headaches; Central Vertigo, Bilateral; Injury of lumbosacral plexus; Injury of nerve root of cervical spine; Traumatic rupture of cervical intervertebral disc; Vestibular damage; Situational Depression; and others. I entered into a Settlement negotiation with Defendants through CJ Hester Inc representing the insurance companies (Redwood Fire and Casualty Insurance Company, National Indemnity Insurance, and Berkshire Hathaway Homestate Companies) without reaching an agreement.

**Complaint:** 1) The Defendants are unwilling to compensate for the remainder of medical and rehabilitation bills, 2) Compensate for injuries, disability and loss of income; 3) Attorney lien for Larry E. Powers, Jr.; 4) Loss of future income; 5) Future surgery; 6) Loss of consortium, and 7) Financial damages to family.

During the Settlement Agreement process we were told my request was outside of the policy limits but when the information was requested to know the policy and policies limit, Marcelle was told because she is not legally represented, she cannot obtain the information on policy limit. Another reason given was it is a California policy that was not governed by the state of Florida statutes, therefore, could not be released to a third party (Marcelle).

We assisted the adjuster (CJ Hester) to obtain the needed information for the Settlement Agreement regarding our claim. Including employment information and loss wages for Marcelle but no provision was made for loss of wages in the Settlement figures. Currently, she is on Social Security disability, and in the past had private disability insurance through her employer. The rehabilitation for cognitive behavior therapy (CBT), rehabilitation through education was initiated through the private disability company, in progress.

We do not have an attorney because he withdrew from the case because Marcelle and her neurosurgeon were not in agreement to have spinal surgery at the time which was what Mr. Powers wanted. However, he has placed a lien of $12,500.00 for unknown reasons and refuses to disclose the breakdown of the $12,500.00. He has disclosed to CJ Hester Adjuster the amount he had discussed with us (per the Adjuster). However, he did not represent Marcelle's case as he was contracted to do.

Marcelle is a registered nurse and was working a fulltime job at the time of the accident. Due to the above injuries, she was unable to perform her job description in total. Also, surgery was recommended if there are no improvement.

We were also denied loss of consortium compensation even though CJ Hester told Romanus to submit a loss of consortium. We were both living and working in Georgia with our home in Florida at the time of the accident. Unfortunately, our auto insurance at the time refused

to pay for my treatment in Georgia, forcing my return to Florida for therapy. We were separated from each other and it was difficult for us with several inconveniences, emotional stress and distress to our marriage and our family.

We have requested a Meditator several times in the Settlement Agreement process but were told a lawsuit had to be filed before a mediation was possible, hence this complaint. Marcelle's medical and rehabilitation bills totaled more than $174, 000.00 with the outstanding balance of $79,000.00. We are appealing to the court to be compensated for her injuries, pain and suffering, loss of income, loss of consortium, financial loss to us and our family, future surgeries for Marcelle, and removal of the lien of $12, 500 by attorney Larry E. Powers, Jr. We are appealing to the court to intercede on our behalf for a just compensation for our above complaints. We request that all of the court cost be covered by the Defendants since they acted in bad faith towards us in the Settlement Agreement negotiations. Thank you for hearing our complaints.

IN THE <u>Circuit Civil</u> COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO.: _01-2019-CA-002558_

_____ Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce _____ ,
            Plaintiff/Petitioner,

v.

_____ On Point Transport Inc., et al _____ ,
            Defendant/Respondent.

**NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING**

Pursuant to Florida Rule of Judicial Administration 2.420(d)(2),

( )(1) I am filing herewith a document containing confidential information as described in Rule 2.420(d)(1)(B) and that:

   (a) The title/type of document is: _____ , and:

   (b) (X ) the entire document is confidential, or
      ( ) the confidential information within the document is precisely located at: _____ .

OR

( )(2) A document was previously filed in this case that contains confidential information as described in Rule 2.420(d)(1)(B), but a Notice of Confidential Information within Court Filing was not filed with the document and the confidential information was not maintained as confidential by the clerk of the court. I hereby notify the clerk that this confidential information is located as follows:

   (a) Title/type of document: _____ ;

   (b) Date of filing (if known): _____ ;

   (c) Date of document: _____ ;

   (d) Docket entry number: _____ ;

   (e) ( ) Entire document is confidential, or
      ( ) Precise location of confidential information in document: _____ .

**I HEREBY CERTIFY** that a copy of the foregoing was furnished by (e-mail) (delivery) (mail) (fax) on _____ , 2019____ , to (All Parties and Affected Non-Parties. Note: If the name or address of a Party or Affected Non-Party is confidential DO NOT include such information in this Certificate of Service. Instead, serve the State Attorney or request Court Service. See Rule 2.420(k)): _____ .

_____
_____ Attorney Name
_____ Address
_____
_____ Phone
_____ Florida Bar No.
_____ Email address

Note: The clerk of court shall review filings identified as containing confidential information to determine whether the information is facially subject to confidentiality under the identified provision. The clerk shall notify the filer in writing within 5 days if the clerk determines that the information is NOT subject to confidentiality, and the records shall not be held as confidential for more than 10 days, unless a motion is filed pursuant to subdivision (d)(3) of the Rule. Fla. R. Jud. Admin. 2.420(d)(2).

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
COUNTY
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce

Plaintiff,

Case No.: 01-2019-CA-002558

-vs-

Division: _____

On Point Transport Inc, et al

Defendant(s).

## SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

CJ Hester Inc

4088 Government Blvd

Mobile, AL 36693

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

Marcelle A Angall-Leonce, Romanus S Leonce

560 Bay Grove Rd

Loganville, GA 30052

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____ , _____ .

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____

Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

IN THE _____ COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

_____,

Plaintiff,                                            Case No.: _____

-vs-                                                  Division: _____

_____,

Defendant.

**SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL**

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:  You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

_____

_____

_____

_____

Dated on _____.

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by: _____
      Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

**IMPORTANT**

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

_____

Plaintiff/Plaintiff's Attorney

_____

_____

Address

_____

Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous.  Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
COUNTY
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce

| | |
|---|---|
| Plaintiff, | Case No.: 01-2019-CA-002558 |
| -vs- | |
| On Point Transport Inc., et al. | Division: |
| Defendant(s). | |

## SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

On Point Transport, Inc.

12937 Road 35 1-2

Madera, CA 93636

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

Marcelle A Angall-Leonce, Romanus S Leonce

560 Bay Grove Rd

Loganville, GA 30052

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____

Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

## IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
## IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO: 01-2019-CA-00258

Marcelle A Angall-Leonce, Romanus S Leonce

Plaintiff

vs.

On Point Transport Inc., Joseph Misatuli Leia, CJ Hester Inc., and Larry E. Powers, Jr

## Amended Complaint for Damages

We are filing a complaint for damages from an auto accident July 26, 2015 NB on I-75. Injuries diagnosed as Post-concussion syndrome; Traumatic Rupture of Cervical disc (C2-T-1 & Lumbosacral Plexus); Acute Post Traumatic Intractable Headaches; Central Vertigo, Bilateral; Injury of lumbosacral plexus; Injury of nerve root of cervical spine; Traumatic rupture of cervical intervertebral disc; Vestibular damage; Situational Depression; and others. I entered into a Settlement negotiation with Defendants through CJ Hester Inc. representing the insurance companies (Redwood Fire and Casualty Insurance Company, National Indemnity Insurance, and Berkshire Hathaway Homestate Companies) without reaching an agreement.

**Complaint:** 1) The Defendants are unwilling to compensate for the remainder of medical and rehabilitation bills; 2) Compensate for injuries, disability and loss of income; 3) Attorney lien for Larry E. Powers, Jr.; 4) Loss of future income; 5) Future surgery; 6) Loss of consortium; and 7) Financial damages to family.

During the Settlement Agreement process we were told my request was outside of the policy limits but when the information was requested to know the policy and policies limit, Marcelle was told because she is not legally represented, she cannot obtain the information on policy limit. Another reason given was it is a California policy that was not governed by the state of Florida statutes, therefore, could not be released to a third party (Marcelle).

We assisted the adjuster (CJ Hester) to obtain the needed information for the Settlement Agreement regarding our claim. Including employment information and loss wages for Marcelle but no provision was made for loss of wages in the Settlement figures. Currently, she is on Social Security disability, and in the past had private disability insurance through her employer. The rehabilitation for cognitive behavior therapy (CBT), rehabilitation through education was initiated through the private disability company, in progress.

We do not have an attorney because he withdrew from the case because Marcelle and her neurosurgeon were not in agreement to have spinal surgery at the time which was what Mr. Powers wanted. However, he has placed a lien of $12,500.00 for unknown reasons and refuses to disclose the breakdown of the $12,500.00. He has disclosed to CJ Hester Adjuster the amount he had discussed with us (per the Adjuster). However, he did not represent Marcelle's case as he was contracted to do.

Marcelle is a registered nurse and was working a fulltime job at the time of the accident. Due to the above injuries, she was unable to perform her job description in total. Also, surgery was recommended if there are no improvement.

We were also denied loss of consortium compensation even though CJ Hester told Romanus to submit a loss of consortium. We were both living and working in Georgia with our home in Florida at the time of the accident. Unfortunately, our auto insurance at the time refused

to pay for my treatment in Georgia, forcing my return to Florida for therapy. We were separated from each other and it was difficult for us with several inconveniences, emotional stress and distress to our marriage and our family.

We have requested a Meditator several times in the Settlement Agreement process but were told a lawsuit had to be filed before a mediation was possible, hence this complaint. Marcelle's medical and rehabilitation bills totaled more than $174, 000.00 with the outstanding balance of $79,000.00. We are appealing to the court to be compensated for her injuries, pain and suffering, loss of income, loss of consortium, financial loss to us and our family, future surgeries for Marcelle, and removal of the lien of $12, 500 by attorney Larry E. Powers, Jr. We are appealing to the court to intercede on our behalf for a just compensation for our above complaints. We request that all of the court cost be covered by the Defendants since they acted in bad faith towards us in the Settlement Agreement negotiations. Thank you for hearing our complaints.

IN THE Circuit Civil COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

CASE NO.: 01-2019-CA-002558

_____ Marcelle Ann Angall-Leonce, Romanus Sylvester Leonce _____,
Plaintiff/Petitioner,

v.

_____ On Point Transport Inc., et al _____,
Defendant/Respondent.

## NOTICE OF CONFIDENTIAL INFORMATION WITHIN COURT FILING

Pursuant to Florida Rule of Judicial Administration 2.420(d)(2),

( )(1) I am filing herewith a document containing confidential information as described in Rule 2.420(d)(1)(B) and that:

(a) The title/type of document is: _____, and:

(b) (X ) the entire document is confidential, or
( ) the confidential information within the document is precisely located at: _____.

OR

( )(2) A document was previously filed in this case that contains confidential information as described in Rule 2.420(d)(1)(B), but a Notice of Confidential Information within Court Filing was not filed with the document and the confidential information was not maintained as confidential by the clerk of the court. I hereby notify the clerk that this confidential information is located as follows:

(a) Title/type of document: _____;

(b) Date of filing (if known): _____;

(c) Date of document: _____;

(d) Docket entry number: _____;

(e) ( ) Entire document is confidential, or
( ) Precise location of confidential information in document: _____.

I HEREBY CERTIFY that a copy of the foregoing was furnished by (e-mail) (delivery) (mail) (fax) on _____,
2019____, to (All Parties and Affected Non-Parties. Note: If the name or address of a Party or Affected Non-Party is confidential DO NOT include such information in this Certificate of Service. Instead, serve the State Attorney or request Court Service. See Rule 2.420(k)): _____.

_____ Attorney Name
_____ Address
_____
_____ Phone
_____ Florida Bar No.
_____ Email address

Note: The clerk of court shall review filings identified as containing confidential information to determine whether the information is facially subject to confidentiality under the identified provision. The clerk shall notify the filer in writing within 5 days if the clerk determines that the information is NOT subject to confidentiality, and the records shall not be held as confidential for more than 10 days, unless a motion is filed pursuant to subdivision (d)(3) of the Rule. Fla. R. Jud. Admin. 2.420(d)(2).

IN THE ~~Circuit County~~ COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce,Romanus SLeonce ,

Plaintiff,

-vs-

On Point Transport Inc, et al ,

Defendant.

Case No.: 01-2019-CA-002558

Division: _____

## SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

Larry E. Powers, Jr.

Powers Personal Injury Law Firm

505 Wekiva Springs Road, Suite 300

Longwood, FL 32779

Dated on _____.

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by: _____
Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

_____

Plaintiff/Plaintiff's Attorney

_____

_____

Address

_____

Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).


**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous.  Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
COUNTY IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce, Romanus S Leonce

Plaintiff,

Case No.: 01-2019-CA-002558

-vs-

On Point Transport Inc, et al

Division: _____

Defendant(s).

## SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

CJ Hester Inc

4088 Government Blvd

Mobile, AL 36693

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

Marcelle A Angall-Leonce, Romanus S Leonce

560 Bay Grove Rd

Loganville, GA 30052

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____

Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

IN THE Circuit County COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce,Romanus SLeonce

Plaintiff,

Case No.: 01-2019-CA-002558

-vs-

Division: _____

On Point Transport Inc, et al

Defendant.

### SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

Larry E. Powers, Jr.

Powers Personal Injury Law Firm

505 Wekiva Springs Road, Suite 300

Longwood, FL 32779

Dated on _____.

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by: _____
Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

_____

Plaintiff/Plaintiff's Attorney

_____

Address

_____

Florida Bar Number

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciaires ont été entreprises contre vous. Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
COUNTY
IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce, Romanus S Leonce

Plaintiff,                                    Case No.: 01-2019-CA-002558

-vs-

On Point Transport Inc., et al.               Division: _____

Defendant(s).

## SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

On Point Transport, Inc.

12937 Road 35 1-2

Madera, CA 93636

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

Marcelle A Angall-Leonce, Romanus S Leonce

560 Bay Grove Rd

Loganville, GA 30052

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____, _____.

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____

Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

IN THE Circuit COURT OF THE EIGHTH JUDICIAL CIRCUIT
County IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce, Romanus SLeonce

Plaintiff,

Case No.: 01-2019-CA-002558

-vs-

Division: _____

On Point Transport Inc, et al.

Defendant.

## SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE: You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

Joseph Misatuli Leia

8633 E Manning Ave

Selma, CA 93662-9763

Dated on _____

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by: _____
    Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

_____
Plaintiff/Plaintiff's Attorney

_____
Address

_____
Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous. Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger. Vous êtes obliges de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

IN THE CIRCUIT/COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

MarcelleAAngall-Leonce,RomanusSLeonce

Plaintiff,

-vs-

Case No.: 01-2019-CA-002558

Division: Circuit Civil

On Point Transport Inc. et al.

Defendant.

**MOTION FOR/TO** Permission to use Private Process Server/Consta

The ■Plaintiff/ ☐Defendant, Marcelle A Angall-Leonce, Romanus S Leonce

moves the Court for the entry of an order

and for grounds says:
The Mobile, Alabama sheriff department does not serve out-of-state summons, but has provided

names of private process servers or constables. We are requesting permission to

use this type of service to serve the summons for CJ Hester Inc.

Wherefore, the Movant respectfully requests the Court enter an order granting this Motion.

Date:

Plaintiff/ Defendant

Address

City, State, Zip Code

Phone

E-mail address

**CERTIFICATE OF SERVICE**
I certify that a copy of the foregoing Motion was ☐mailed, ☐e-mailed, or ☐hand-delivered on

_____ (date) to:

Name:

Address:

E-mail address:

Plaintiff/ Defendant

Motion to - For Civil Cases.docx

December 5, 2019

Case #: <u>01-2019-CA-002558</u>

Plaintifs : <u>Marcelle A Angall-Leonce, et al,</u>

Défendant: <u>On Point Transportation Inc. et al.,</u>


To Clerk of Court:<u>  Re: Corrected Summons for Joseph M. Leia</u>

The summons issued on 12/4/19 for Joseph Misatuli Leia was not issued because the individual

has two possible addresses. The 2020 Young Street Apt 102 Selma, CA 93662 and the 8633 E

Manning Ave Selma, CA 93662. Therefore, the summons was corrected and resubmitted.

Corrected summons atttached

December 5, 2019

Case #: 01-2019-CA-002558

Plaintifs : Marcelle A Angall-Leonce, et al.

Défendant: On Point Transportation Inc. et al.,


To Clerk of Court:   Re: Corrected Summons for Joseph M. Leia

The summons issued on 12/4/19 for Joseph Misatuli Leia was not issued because the individual has two possible addresses. The 2020 Young Street Apt 102 Selma, CA 93662 and the 8633 E Manning Ave Selma, CA 93662. Therefore, the summons was corrected and resubmitted.

Corrected summons atttached

**(UNABLE TO ISSUE SUMMONS WITHOUT A LETTER STATING THAT THERE WAS NO SERVICE ON THE 8633 E MANNING AVE SELMA ADDRESS)**

IN THE Circuit   COURT OF THE EIGHTH JUDICIAL CIRCUIT
County   IN AND FOR ALACHUA COUNTY, FLORIDA

Marcelle A Angall-Leonce,Romanus SLeonce

Plaintiff,

Case No.: 01-2019-CA-002558

Division: _____

-vs-

On Point Transport Inc, et al.

Defendant.

## SUMMONS / PERSONAL SERVICE OF AN INDIVIDUAL

THE STATE OF FLORIDA:

TO EACH SHERIFF OF THE STATE:  You are hereby commanded to serve this Summons and a copy of the Complaint or Petition in this action on the Defendant:

Joseph Misatuli Leia

2020 Young Street Apt 102 Salem, CA 93662          AND

8633 E Manning Ave Selma, CA 93662

Dated on _____

J. K. "Jess" Irby, Esq.
Clerk of the Circuit Court
by: _____
         Deputy Clerk
Alachua County Courthouse
201 E. University Ave
Gainesville FL 32601

### IMPORTANT

A lawsuit has been filed against you.  You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the Clerk of this Court.  A phone call will not protect you.  Your written response, including the case number given above and the names of the parties, must be filed if you want the court to hear your side of the case.  If you do not file your response on time, you may lose the case, and your wages, money, and property may thereafter be taken without further warning from the court.  There are other legal requirements.  You may want to call an attorney right away.  If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the court you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below.

Plaintiff/Plaintiff's Attorney

_____

Address

_____

Florida Bar Number

**IMPORTANTE**

Usted ha sido demandado legalmente.  Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal.  Una llamada telefónica no lo protegerá.  Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas.  Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal.  Existen otros requisitos legales.  Si lo desea, puede usted consultar a un abogado inmediatamente.  Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff 's Attorney" (Demandante o Abogado del Demandante).

**IMPORTANT**

Des poursuites judiciaires ont été entreprises contre vous.  Vous avez 20 jours consécutifs a partir de la date de l'assignation de cette citation pour déposer une réponse écrite a la plainte ci-jointe auprès de ce tribunal.  Un simple coup de téléphone est insuffisant pour vous protéger.  Vous êtes obligés de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause.  Si vous ne déposez pas votre réponse écrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent être saisis par la suite, sans aucun préavis ultérieur du tribunal.  Il y a d'autres obligations juridiques et vous pouvez requérir les services immédiats d'un avocat.  Si vous ne connaissez pas d'avocat, vous pourriez téléphoner a un service de référence d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de déposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre réponse écrite au "Plaintiff/ Plaintiff 's Attorney" (Plaignant ou à son avocat) nomme ci-dessous.

Case 1:20-cv-00127-AW-GRJ   Document 4-1   Filed 06/01/20   Page 126 of 178

December 5, 2019

Case #: <u>01-2019-CA-002558</u>

Plaintiff: <u>Marcelle A Angall-Leonce, et al,</u>

Defendant: <u>On Point Transportation Inc. et al.,</u>


To Clerk of Court:_   Re: Corrected Summons for Joseph M. Leia


The summons issued on 12/4/19 for Joseph Misatuli Leia was not issued because the individual has two possible addresses. The 2020 Young Street Apt 102 Selma, CA 93662 and the 8633 E Manning Ave Selma, CA 93662. Therefore, the summons was corrected and resubmitted.


**(UNABLE TO ISSUE SUMMONS WITHOUT A LETTER STATING THAT THERE WAS NO SERVICE ON THE 8633 E MANNING AVE SELMA ADDRESS)**

d. ☐ **by other means**. Method                    On:                    at:

6. The "Notice to Person Served" (on the summons) was completed as follows:

   a. ☐ as an individual defendant

   b. ☐ as the person sued under the fictitious name of:

   c. ☐ as occupant

   d. ☐ On behalf of:

   under the following Code of Civil Procedure section:

             ☐ 416.10 (corporation)

             ☐ 416.20 (defunct corporation)

             ☐ 416.30 (joint stock company/association)

             ☐ 416.40 (association or partnership)

             ☐ 416.50 (public entity)

             ☐ 415.95 (business organization, form unknown)

             ☐ 416.60 (minor)

             ☐ 416.70 (ward or conservatee)

             ☐ 416.90 (authorized person)

             ☐ 415.46 (occupant)

             ☐ Other:

7. **Person who served papers**

   a. Name:             Rudy Lopez, Deputy

   b. Address:          2725 Falcon Drive Madera, CA 93637

   c. Telephone number:   (559) 675-7737

   d. The fee for service was: $   55.00

   e. I am:

      (1) ☒ not a registered California process server.

      (2) ☐ exempt from registration under Business and Professional Code section 22350(b).

      (3) ☐ a registered California process server:

          (i) ☐ owner  ☐ employee  ☐ independent contractor.

          (ii) Registration No.:

          (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9. ☒ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

                                      Jay A Varney, Sheriff-Coroner

Tuesday, December 17, 2019               County of Madera

                            By: _____

                               Sheriff's Authorized Agent

| ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| Marcelle Ann Angall-Leonce & Romanus Sylvester Leonce<br>560 Bay Grove Road<br>Loganville GA 30052<br><br>EMAIL:<br><br>ATTORNEY FOR: Marcelle A Angall-Leonce & Romanus S Leonce | |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY<br><br>Alachua County Florida Circuit Court<br>FL | |

| PLAINTIFF:<br>Marcelle A Angall-Leonce & Romanus S Leonce<br>DEFENDANT:<br>On Point Transport Inc., et al | COURT CASE NO.:<br>01-2019-CA-002558 |
|---|---|
| **Declaration of Diligence** | LEVYING OFFICER FILE NO.:<br>19001151 |

Declaration of attempts to personally serve: On Point Transport, Inc.

| | Date/Time | Method | Deputy | Address |
|---|---|---|---|---|
| 1 | 12/12/2019 3:15 pm | PERSONAL<br>Remark: No Answer at Residence | Paul Escovedo, Deputy | 12937 Road 35 1/2 Madera CA 93636 |
| 2 | 12/13/2019 6:38 am | PERSONAL<br>Remark: Spoke w/resident Sharan Dossanjh . She is unsure of what documents I have. She ststed her<br>husband is at work and not home at this time. | Paul Escovedo, Deputy | 12937 Road 35 1/2 Madera CA 93636 |
| 3 | 12/16/2019 5:54 pm | PERSONAL<br>Remark: Subject not home | Rudy Lopez, Deputy | 12937 Road 35 1/2 Madera CA 93636 |

| ATTORNEY (Name and Address): | FOR COURT USE ONLY |
|---|---|
| Marcelle Ann Angall-Leonce & Romanus Sylvester Leonce<br>560 Bay Grove Road<br>Loganville GA 30052<br><br>EMAIL:<br><br>ATTORNEY FOR: Marcelle A Angall-Leonce & Romanus S Leonce | |

| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY | |
|---|---|
| Alachua County Florida Circuit Court<br>FL | |

| PLAINTIFF:<br>Marcelle A Angall-Leonce & Romanus S Leonce<br>DEFENDANT:<br>On Point Transport Inc., et al | COURT CASE NO.:<br><br>01-2019-CA-002558 |
|---|---|
| **Declaration of Diligence** | LEVYING OFFICER FILE NO.:<br>19001151 |

Declaration of attempts to personally serve: On Point Transport, Inc.

| | Date/Time | | Method | Deputy | Address |
|---|---|---|---|---|---|
| 1 | 12/12/2019 3:15 pm | | PERSONAL<br>Remark: No Answer at Residence | Paul Escovedo, Deputy | 12937 Road 35 1/2  Madera CA 93636 |
| 2 | 12/13/2019 6:38 am | | PERSONAL<br>Remark: Spoke w/resident Sharan Dossanjh . She is unsure of what documents I have. She ststed her<br>husband is at work and not home at this time. | Paul Escovedo, Deputy | 12937 Road 35 1/2  Madera CA 93636 |
| 3 | 12/16/2019 5:54 pm | | PERSONAL<br>Remark: Subject not home | Rudy Lopez, Deputy | 12937 Road 35 1/2  Madera CA 93636 |

IN THE CIRCUIT COURT, EIGHTH
JUDICIAL CIRCUIT, IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NO.:  2019-CA-2558

MARCELLE ANN ANGALL-LEONCE
and ROMANUS SYLVESTER LEONCE,

      Plaintiffs,

vs.

ON POINT TRANSPORT, JOSEPH
MISATULI LEIA, CJ HESTER, INC.
and LARRY E. POWERS, Jr.

      Defendants.

_____/

## MOTION FOR SPECIAL APPEARANCE TO QUASH SERVICE OF PROCESS AND TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

COME NOW the undersigned counsel, and hereby makes this special appearance, on behalf of ON POINT TRANSPORT, INC., without waiving any other possible or available defenses, rights, privileges, or any ability to further respond to the Amended Complaint pending resolution of these issues as the undersigned makes this special and exceptional appearance, and hereby moves to quash the service of process and to dismiss this action for insufficient service and in support thereof states:

### RELEVANT FACTS

1.      On July 26, 2019, Plaintiffs filed their initial Complaint alleging personal injuries reportedly sustained in a motor vehicle collision on July 26, 2015; and a Summons was issued to ON POINT TRANSPORT, INC, a foreign corporation.

2.     On September 27, 2019, Plaintiffs filed the Return of Summons Unserved on ON POINT TRANSPORT, INC.

3.     On November 19, 2019 and November 25, 2019, Plaintiffs filed an Amended Complaint alleging negligence against ON POINT TRANSPORT, INC. and others; and Summons were, again, issued to ON POINT TRANSPORT.

4.     On December 30, 2019, Plaintiffs filed a Return of Service for ON POINT TRANSPORT, INC, a foreign corporation.  See **Exhibit A**.

5.     Plaintiff's Return of Service includes a "Declaration of Diligence" that notes the Deputy's attempt to serve ON POINT TRANSPORT, INC. on 12/16/2019 at 5:54 pm with the remark of "subject not home".   Yet, Plaintiffs' Return of Service purports to reflect a "substituted service" for ON POINT TRANSPORT, INC. (one minute later) at 5:55pm by leaving the Summons and Complaint with "Sharon Dosanjh – Spouse".

6.     The Return of Service does not indicate who Sharon Dosanjh is the spouse of, or what this unknown person's relationship to ON POINT TRANSPORT, INC.

7.     Plaintiff's Return of Service for ON POINT TRANSPORT, INC's does not document service on the corporation's Registered Agent or an appropriate officer or agent.

## ARGUMENT

### I.     Return Of Service Is Invalid On Its Face And Should Be Quashed.

8.     The burden is on the Plaintiffs to show that service of process was sufficient.  A return of service serves as prima facie evidence that service was validly performed. Where a return of service is invalid on it face, the return of service cannot be relied on as evidence that service of process was valid. *Re-employment Servs., Ltd. v. Nat'l Loan Acquisitions Co.*, 969 So.2d 467, 471 (Fla. 4th DCA 2007).

9.      Here, the return of service establishes that Plaintiffs effected service on a foreign

corporation through "substituted service" by delivering the documents to "Sharon Dosanjh –

Spouse".  The Return of Service does not state who Sharon Dosanjh is the spouse of, or what

relationship this unknown persons has with ON POINT TRANSPORT, INC.

10.     Under Florida law, service of process on a corporation can only be made on a

representative or agent of the corporation designated by law. Florida Statutes Sec. 48.081, and

48.091 provide the exclusive means for service on an active corporation, and these provisions are

to be strictly construed. *Dade Erection Service v. Sims Crane Service*, 379 So.2d 423, 426 (Fla.

2d DCA 1980).

11.     Strict compliance with Sec. 48.081 requires that "a return which shows service

upon an inferior officer or agent must demonstrate that all members of a superior class could not

first be served. This is a condition precedent to validity of service on a member of an inferior

class." *Dade Erection Service*, 379 So.2d at 425.  Service that does not strictly comply with the

requirements of Sec. 48.081(1), showing a diligent search for superior officers or the necessity

for substitute service, must be quashed. *S.T.R. Industries, Inc. v. Hidalgo Corp.*, 832 So.2d 262,

264 (Fla. 3d DCA 2002).

## II.     Plaintiff's Failed to Comply with Rule 1.070(j)

12.     The law is settled that plaintiffs have 120 days to serve process on the

defendant(s).  Fla. R. Civ. P. 1.070(j); and *see generally, Morales v. Sperry Rand*, 601 So.2d 538

(Fla. 1992) (upholding trial court's dismissal of action where no good cause shown for failure to

obtain service within 120 days after filing complaint).

13.     In the instant matter, Plaintiffs filed their Complaint initiating this action on July 26, 2019.  Thus, Plaintiffs had until Monday, November 25, 2019 to perfect service on ON POINT TRANSPORT, INC.

14.     Plaintiffs cannot show good cause for their failure to meet the statutory timeframe for service of process on ON POINT TRANSPORT, INC.  In the October 11, 2019 hearing on Defendants' Redwood Fire and Casualty Insurance Company, National Indemnity Insurance, and Berkshire Hathaway Homestate Companies' Motion to Dismiss, this Court brought to the Plaintiffs' attention that ON POINT TRANSPORT had not yet been served, and warned the Plaintiffs of the looming 120-day deadline.  Nevertheless, and despite the foregoing, the Plaintiffs failed to meet the procedural requirements for effecting service on ON POINT TRANSPORT, INC., and did not seek to obtain an extension of time to obtain service of process.

15.     The Return of Service that Plaintiff's have provided is facially invalid; and Plaintiff's are outside the timeframe permitted by 1.070(j) Florida Rules of Civil Procedure to effect service on ON POINT TRANSPORT, INC.

16.     Accordingly, and therefore, the Plaintiff's Service of Process on ON POINT TRANSPORT, INC. should be quashed, and the action against ON POINT TRANSPORT, INC. dismissed with prejudice.

WHEREFORE, the undersigned, making a special appearance on behalf of ON POINT TRANSPORT, INC., respectfully requests from this Honorable Court the entry of an Order quashing Plaintiffs' service of process, dismissing Plaintiff's claims against ON POINT TRANSPORT, INC. for insufficient service and any other relief this Court deems just and proper.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to

MARCELLE ANN ANGALL-LEONCE and ROMANUS SYLVESTER LEONCE, via

electronic service to leoncesyl@aol.com and leoncesy101@yahoo.com; and via U.S. mail to 560

Bay Grove Road, Loganville, GA 30052 in this 6th day of January, 2020.

**FERNANDEZ TRIAL LAWYERS, P.A.**

*/s/ DeAnna M. Golphin*
**ELLIS T. FERNANDEZ, III, ESQ.**
Florida Bar No. 371556
**JOHN M. HOWELL, ESQ.**
Florida Bar No. 243027
**DEANNA M. GOLPHIN, ESQ.**
8780-200 Perimeter Park Court
Jacksonville, Florida 32216
(904) 398-8008 (Phone)
(904) 398-0332 (Fax)
*Attorneys for Defendants*

Primary Email: Pleadings@FernandezTL.com
Secondary Email: kLang-Thorbs@FernandezTL.com

# **Exhibit A**

Plaintiff's Return of Service for
On Point Transport, Inc.
(*E-Filed 12/30/2019*)

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* <br> Marcelle Ann Angall-Leonce & Romanus Sylvester Leonce <br> 560 Bay Grove Road <br> Loganville GA 30052 | | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.:        FAX NO. *(Optional)*: | | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: | | |
| Alachua County Florida Circuit Court <br> STREET ADDRESS:   FL <br> MAILING ADDRESS: <br> CITY AND ZIP CODE: <br> BRANCH NAME: | | |
| PLAINTIFF/PETITIONER: Marcelle A Angall-Leonce & Romanus S Leonce <br><br> DEFENDANT/RESPONDENT: On Point Transport Inc., et al | | CASE NUMBER: <br> 01-2019-CA-002558 |
| **PROOF OF SERVICE OF SUMMONS** | | Ref. No. or File No.: <br> 19001151 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
      f. ☒ other *(specify documents)*: SUMMONS & COMPLAINT

3. a. Party served: **On Point Transport, Inc.**

   b. ☐ Person (other than the party in item 3a) served on behalf of the entity or as an authorized agent (and not a person

4. Address where the party was served:    12937 Road 35 1/2 Madera CA 93636

5. I served the party
   a. ☐ **by personal service**. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party  (1) on            (2) at
   b. ☒ **by substituted service**. On: 12/16/2019     at: 5:55 pm     I left the documents listed in item 2 with or in the presence of:   Sharon Dosanjh - Spouse

      (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.
      (2) ☒ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.
      (4) ☒ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., § 415.20). I mailed the documents on. 12/16/2019 from Madera. CA
           ☐ a declaration of mailing is attached.
      (5) ☒ I attach a **declaration of diligence** stating actions taken first to attempt personal service.
   c. ☐ **by mail and acknowledgement of receipt of service**. I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
      (1) on *(date)*:                  (2) from *(city)*:

      (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt) (Code Civ. Proc., § 415.30.)
      (4) ☐ to an address outside California with return receipt requested (Code Civ. Proc., § 415.40.)

Court Copy

d. ☐ **by other means**. Method        On:       at:

6. The "Notice to Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant
   b. ☐ as the person sued under the fictitious name of:
   c. ☐ as occupant
   d. ☐ On behalf of:
     under the following Code of Civil Procedure section:

          ☐ 416.10 (corporation)
          ☐ 416.20 (defunct corporation)
          ☐ 416.30 (joint stock company/association)
          ☐ 416.40 (association or partnership)
          ☐ 416.50 (public entity)
          ☐ 415.95 (business organization, form unknown)
          ☐ 416.60 (minor)
          ☐ 416.70 (ward or conservatee)
          ☐ 416.90 (authorized person)
          ☐ 415.46 (occupant)
          ☐ Other:

7. **Person who served papers**
   a. Name:            Rudy Lopez, Deputy
   b. Address:         2725 Falcon Drive Madera, CA 93637
   c. Telephone number:   (559) 675-7737
   d. The fee for service was: $   55.00
   e. I am:
      (1) ☒ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professional Code section 22350(b).
      (3) ☐ a registered California process server:
         (i) ☐ owner  ☐ employee  ☐ independent contractor.
         (ii) Registration No.:
         (iii) County:

8. ☐ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9. ☒ **I am a California sheriff or marshall and** I certify that the foregoing is true and correct.

                                  Jay A Varney, Sheriff-Coroner
                                  County of Madera

Tuesday, December 17, 2019

                                  By: _____
                                      Sheriff's Authorized Agent

| ATTORNEY (Name and Address):<br><br>Marcelle Ann Angall-Leonce & Romanus Sylvester Leonce<br>560 Bay Grove Road<br>Loganville GA 30052<br><br>EMAIL:<br><br>ATTORNEY FOR: Marcelle A Angall-Leonce & Romanus S Leonce | FOR COURT USE ONLY |
|---|---|
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY<br><br>Alachua County Florida Circuit Court<br>FL | |

| PLAINTIFF:<br>Marcelle A Angall-Leonce & Romanus S Leonce<br>DEFENDANT:<br>On Point Transport Inc., et al | COURT CASE NO.:<br><br>01-2019-CA-002558 |
|---|---|
| **Declaration of Diligence** | LEVYING OFFICER FILE NO.:<br>19001151 |

Declaration of attempts to personally serve: On Point Transport, Inc.

| | Date/Time | Method | Deputy | Address |
|---|---|---|---|---|
| 1 | 12/12/2019 3:15 pm | PERSONAL<br>Remark: No Answer at Residence | Paul Escovedo, Deputy | 12937 Road 35 1/2 Madera CA 93636 |
| 2 | 12/13/2019 6:38 am | PERSONAL | Paul Escovedo, Deputy | 12937 Road 35 1/2 Madera CA 93636 |
| | | Remark: Spoke w/resident Sharan Dossanjh . She is unsure of what documents I have. She ststed her husband is at work and not home at this time. | | |
| 3 | 12/16/2019 5:54 pm | PERSONAL<br>Remark: Subject not home | Rudy Lopez, Deputy | 12937 Road 35 1/2 Madera CA 93636 |

| ATTORNEY (Name and Address): | SBN: | FOR COURT USE ONLY |
|---|---|---|
| Marcelle Angall-Leonce<br>560 Bay Grove Rd<br>Loganville, GA 30052<br><br>E-MAIL leoncesyl01@yahoo.com<br>ATTORNEY FOR: In Propria Persona | | |

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

Circuit Court of the Eigth Judicial  Alachua County Courthouse
201 E University Ave
Gainesville, FL 32601

| | COURT CASE NO.: |
|---|---|
| PLAINTIFF:<br>Marcelle A Angall-Leonce el at<br>DEFENDANT:<br>On Point Transport Inc et al | 01-2019-CA-002558 |

| **Proof of Service - Summons** | LEVYING OFFICER FILE NO.:<br>2019011386 |
|---|---|

1. At the time of the service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents): Amended Summons & Complaint

3. a. Party served:     Joseph Misatuli Leia

4. Address where party was served:     8633 E Manning Ave
                                        Selma, CA 93662

5. I served the party:
   b. by substituted service. On: 01/09/2020 at: 07:43 AM I left documents listed in item 2 with or in the presence of Guadalupe Conde, Occupant/Tenant:
      (2) (home) a competent member of this household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the documents on: 1/9/2020 from: Fresno, CA.
      (5) I attach a "Declaration of Diligence", incorporated herein by reference, stating actions taken first to attempt personal service.
6. The Notice to the Person Served (on summons) was completed as follows:
      d. on behalf of: Joseph Misatuli Leia
         under the following Code of Civil Procedure section: CCP 415.46 (Occupant)
7. Person who served papers:
   a. Name:  Irene Blancas, #0975
   b. Address:  Fresno County Sheriff-Civil Unit P.O. Box 45025  Fresno, CA 93718
   c. Telephone Number:  (559) 600-8230
   d. The fee for service was: $40.00

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Thursday, January 9, 2020

Hearing: <No Information>

Remarks

Sheriff's Authorized Agent
Margaret Mims, Sheriff

Judicial Council form POS-010                    Original                    16969/439230

Marcelle Angall-Leonce
560 Bay Grove Rd
Loganville, GA  30052

*** This certificate ONLY for out of state courts ***

**CERTIFICATE OF ACKNOWLEDGEMENT**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of **California**
County of **Fresno**

On _____ , before me _____.
personally appeared _____ , who proved to me on the basis
of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that
he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

(NOTARY SEAL)

I certify under PENALTY of PERJURY under the laws of the
state of California that the foregoing paragraph is true and
correct.

WITNESS my hand and official seal.

_____
*Signature of Notary Public*

ATTORNEY (Name and Address):                    SBN:                                    FOR COURT USE ONLY

Marcelle Angall-Leonce
560 Bay Grove Rd
Loganville, GA  30052

E-MAIL: leoncesyl01@yahoo.com

ATTORNEY FOR: In Propria Persona

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

Circuit Court of the Eigth Judicial  Alachua County Courthouse
201 E University Ave
Gainesville, FL  32601

PLAINTIFF:
Marcelle A Angall-Leonce el at

DEFENDANT:
On Point Transport Inc et al

| COURT CASE NO.: |
| 01-2019-CA-002558 |

| LEVYING OFFICER FILE NO.: |
| 2019011386 |

# Declaration of Diligence

Declaration of attempts to personally serve:          Joseph Misatuli Leia

1st: 12/31/2019 08:29 AM          Address: 2020 Young Street Apt  102 , Selma, CA  93662
    Deputy: Irene Blancas, #0975   Remark: subject unknown to occupant/does not reside at service address

2nd: 01/06/2020 12:44 PM          Address: 8633 E Manning Ave , Selma, CA  93662
    Deputy: Irene Blancas, #0975   Remark: Subject not home, left card with wife

3rd: 01/09/2020 07:43 AM          Address: 8633 E Manning Ave , Selma, CA  93662
    Deputy: Irene Blancas, #0975   Remark: Named defendant not home, subserved on Guadalupe, occupant/tenant at service
                                   address

4th: 01/09/2020 07:43 AM          Address: 8633 E Manning Ave , Selma, CA  93662
    Deputy: Irene Blancas, #0975   Remark:

1/9/2020                                   Attorney/Plaintiff                              16969/439230

IN THE CIRCUIT COURT OF THE EIGHTH
JUDICIAL CIRCUIT IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NO.: 01-2019-CA-002558

MARCELLE ANN ANGALL-LEONCE and
ROMANUA SYLVESTER LEONCE,

      Plaintiff,

vs.

ON POINT TRANSPORT, INC., JOSEPH
MISATULI LEIA, CJ HESTER, INC., and
LARRY E. POWERS, JR.,

      Defendants.

_____/

## NOTICE OF APPEARANCE OF COUNSEL AND DESIGNATION OF E-MAIL ADDRESS PURSUANT TO RULE 2.516

The undersigned counsel, JACK J. FINE, ESQ., hereby files this, his Notice of Appearance as counsel of record in the above styled cause on behalf of Plaintiff and directs all parties to forward copies of all pleadings to the undersigned.

Additionally, pursuant to Rule 2.516 (effective September 1, 2012), hereby designates the following e-mail addresses for service of all documents required to be served pursuant to Rule 2.516 in this proceeding:

Primary E-Mail Address for Jack J. Fine: jfine@ffplaw.com

Secondary E-Mail Address for Jack J. Fine: jduchaj@ffplaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this pleading has been efiled through the Florida Courts efiling portal to: Deanna M. Golphine, Esq., Fernandez Trial Lawyers, P.A., 8780-200 Perimeter Park Court, Jacksonville, FL 32216 at Pleadings@FernandezTL.com, kLang-Thorbs@FernandezTL.com; CJ Hester, Inc., at Jtrehern@hesterinc.net; Joseph Misatuli Leia,

12937 Road 35 1-2, Madera, CA 93636; and Larry E. Powers, Jr., 505 Wekiva Springs Road,

Suite 300, Longwood, FL  32779 at PPllawfirm@aol.com, on this 27th day of January, 2020.

<div align="center" style="margin-left:40%">

Respectfully submitted,

**FINE, FARKASH & PARLAPIANO, P.A.**
622 Northeast First Street
Gainesville, Florida 32601
Telephone:  352-372-7777
Facsimile:  352-372-0049

BY: _____
**JACK J. FINE, ESQ.**
*Attorney for Plaintiff*
Florida Bar Number:  223700
Primary Email: jfine@ffplaw.com
Secondary Email: jduchaj@ffplaw.com

</div>

IN THE CIRCUIT COURT OF THE EIGHTH
JUDICIAL CIRCUIT IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NO.: 01-2019-CA-002558

MARCELLE ANN ANGALL-LEONCE and
ROMANUS SYLVESTER LEONCE,

      Plaintiffs,

vs.

ON POINT TRANSPORT, INC., JOSEPH
MISATULI LEIA, CJ HESTER, INC., and
LARRY E. POWERS, JR.,

      Defendants.

_____/

### **PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT**

COMES NOW the Plaintiffs, MARCELLE ANN ANGALL-LEONCE and ROMANUS

SYLVESTER LEONCE , by and through undersigned counsel, pursuant to Florida Rule of Civil

Procedure, 1.190 (b), hereby request permission to file a Second Amended Complaint (attached),

and in support thereof the following would be shown:

1.      On July 26, 2019, Plaintiffs originally filed a pro se negligence Complaint against

Defendants, ON POINT TRANSPORT, INC., REDWOOD FIRE AND

CASUALTY INSURANCE COMPANY, NATIONAL INDEMNITY

INSURANCE, BERKSHIRE HATHAWAY HOMESTATE COMPANIES,

JOSEPH MISATULI LEIA, CJ HESTER, INC., and LARRY E. POWERS, JR.

2.      On September 23, 2019, Defendants, REDWOOD FIRE AND CASUALTY

INSURANCE COMPANY, NATIONAL INDEMNITY INSURANCE, and

BERKSHIRE HATHAWAY HOMESTATE COMPANIES, moved to dismiss

Plaintiffs' Complaint and a hearing was held on October 11, 2019 before the Honorable Judge Donna Keim.

3.     On October 21, 2019, the Court granted Defendants', REDWOOD FIRE AND CASUALTY INSURANCE COMPANY, NATIONAL INDEMNITY INSURANCE, and BERKSHIRE HATHAWAY HOMESTATE COMPANIES' Motion to Dismiss with Prejudice.

4.     On November 19, 2019 and November 25, 2019, Plaintiffs filed Amended Complaints for Damages, which are identical but for the removal of the insurance carriers from the caption of the pleadings pursuant to the Order Granting Defendants' Motion to Dismiss.

5.     Based on review, Defendant corporation, ON POINT TRANSPORT, INC., is currently suspended and the corporation invalid.  The listed address for the registered agent Gursharan Dosanjh, moved from 5588 W. Paul Avenue, Fresno, CA 93732 to 12937 Road 35 ½, Madera, CA 93636, and is no longer valid.

6.     ON POINT TRANSPORT, INC. was served via substitute service on the registered agent's spouse, Sharon Dosanjh, at their residence on December 16, 2019 via service of process by a California sheriff; however the Defendant has filed a Motion to Quash Service of Process alleging that the service return does not specifically state that Sharon Dosanjh is the spouse of the registered agent, Gursharan Dosanjh, and that the service was outside the time limit of Florida Rules of Civil Procedure, 1.070(j).

7.     The Plaintiff did make diligent efforts to serve the complaint on various dates. Furthermore, where the statute of limitations has run subsequent to the complaint

being filed but before valid service, the trial court should extend time for service of process. <u>Mitschke-Collande v. Skipworth</u>, 201 So.3d 660 (Fla. 3rd DCA 2016). *See also* <u>Sly v. McKeithen</u>, 27 So. 3d 86 (Fla. 1st DCA 2009).

8.    This case is not currently scheduled for Trial, and this case has not yet been mediated.

9.    The undersigned was retained by Plaintiffs on January 27, 2020 and undersigned counsel filed his Notice of Appearance on January 27, 2020.

10.    Based on review of the evidence and the positions of the parties, Plaintiffs' counsel believes it is appropriate to amend the Amended Complaint, which is in-artfully drafted, a typical characteristic of <u>Pro Se</u> Complaints.

11.    Defense has been contacted and has not agreed to the proposed amendment at present.  A copy of the Second Amended Complaint is attached as **Exhibit "A".**

12.    This Complaint has been previously been amended.

13.    This case has not previously been continued.

**WHEREFORE**, the Plaintiffs, MARCELLE ANN ANGALL-LEONCE and ROMANUS SYLVESTER LEONCE, respectfully request that this Honorable Court grant the aforesaid relief, and for such other and further relief as this Court deems just and proper.

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that this pleading has been efiled through the Florida Courts efiling portal to: Deanna M. Golphine, Esq., Fernandez Trial Lawyers, P.A., 8780-200 Perimeter Park Court, Jacksonville, FL 32216 at Pleadings@FernandezTL.com, kLang-Thorbs@FernandezTL.com; CJ Hester, Inc., at Jtrehern@hesterinc.net; Joseph Misatuli Leia,

12937 Road 35 1-2, Madera, CA 93636; and Larry E. Powers, Jr., 505 Wekiva Springs Road, Suite

300, Longwood, FL  32779 at PPIlawfirm@aol.com, on this 3rd day of February, 2020.

Respectfully submitted,

**FINE, FARKASH & PARLAPIANO, P.A.**
622 Northeast First Street
Gainesville, Florida 32601
Telephone:  352-372-7777
Facsimile:  877-272-9101

BY:      */s/ JACK J. FINE ESQ.*
**JACK J. FINE, ESQ.**
*Attorney for Plaintiff*
Florida Bar Number:  223700
Primary Email: jfine@ffplaw.com
Secondary Email: jduchaj@ffplaw.com

IN THE CIRCUIT COURT OF THE EIGHTH
JUDICIAL CIRCUIT IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NO.: 01-2019-CA-002558

MARCELLE ANN ANGALL-LEONCE and
ROMANUS SYLVESTER LEONCE,

       Plaintiffs,

vs.

ON POINT TRANSPORT, INC., JOSEPH
MISATULI LEIA, CJ HESTER, INC., and
LARRY E. POWERS, JR.,

       Defendants.

_____/

## SECOND AMENDED COMPLAINT

COME NOW the Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, and sues Defendants, JOSEPH MISATULI LEIA, and ON POINT TRANSPORT, INC., and would allege the following:

1.      This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00), exclusive of costs and interest.

2.      At the time of the crash, Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, were residents of Ocoee, Orange County, Florida.

3.      Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, are currently residents of Loganville, Gwinnett County, Georgia.

4.      At all times relevant Defendant, JOSEPH MISATULI LEIA, was a resident of Selma, Fresno County, California.

5.      At all times relevant Defendant, ON POINT TRANSPORT, INC., was a California profit corporation, operating and doing business in the State of California and the State of Florida,

**EXHIBIT "A"**

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

with a mailing address at 5588 W. Paul Avenue, Fresno, CA 93722, and Registered Agent listed

as Gursharan Dosanjh, located at 5588 W. Paul Avenue, Fresno, CA 93722.

6.        On or about July 26, 2015, Defendant, JOSEPH MISATULI LEIA, operated the

motor vehicle owned by Defendant, ON POINT TRANSPORT, INC., to wit: a 2010 White Freight

Truck, bearing license plate number WP55069, and VIN#1FUJBBCK7ADAG5680 on State Road

93 (I-75) northbound at MM372 at or near its intersection with County Road 318, in Micanopy,

Alachua County, Florida.

7.         At that time and place, the Defendant, JOSEPH MISATULI LEIA, negligently and

tortiously operated the motor vehicle owned by Defendant, ON POINT TRANSPORT, INC., so

that it collided with the vehicle that Plaintiff, ROMANUS SYLVESTER LEONCE, was driving,

and Plaintiff, MARCELLE ANN ANGALL-LEONCE, was the passenger.

## FACTS REGARDING DEFENDANT ON POINT TRANSPORT, INC.'S ROLE IN INTERSTATE COMMERCE

8.        The transportation of goods in interstate commerce constitutes an ultra-hazardous

activity that presents substantial dangers to the driving public when not done safely, properly, and

with due caution. Accordingly, there are a number of federal regulations, state statutes, industry

standards and local ordinances that govern the qualification, training and retention of professional

tractor trailer drivers, the proper maintenance and equipment for commercial motor vehicles, and

the safe operation of motor carriers, commercial motor vehicles and professional truck drivers.

9.        At all times material hereto, Defendant ON POINT TRANSPORT, INC. was an

interstate motor carrier authorized to transport goods in interstate commerce and in the State of

Florida for profit pursuant to one or more permits issued by the Interstate Commerce Commission,

or by the United States Department of Transportation ("USDOT"), or both. Accordingly,

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

Defendant ON POINT TRANSPORT, INC. was subject to all state and federal laws, statutes, regulations, and industry standards governing the hiring of safe and qualified commercial drivers, the safe maintenance and operation of commercial motor vehicles, and the safe brokering of goods in interstate commerce, including without limitation the Federal Motor Carrier Safety Regulations ("FMCSRs").

10.     In return for the privilege to operate commercial motor vehicles on the public highways transporting goods in interstate commerce, motor carriers like Defendant ON POINT TRANSPORT, INC. must take certain safety related certifications and verifications to the United States Department of Transportation. In order to obtain operating authority and get a USDOT Number, Defendant ON POINT TRANSPORT, INC. had to submit a Form OP-1 Application for Motor Property Carrier and Broker Authority or equivalent. Defendant ON POINT TRANSPORT, INC. had to submit a similar application with the same certifications to obtain authority to operate as a Broker of goods in interstate commerce.

11.     Each Form OP-1 submitted contained a "Safety Certification", certifying to the Federal Motor Carrier Safety Administration ("FMCSA") that Defendant ON POINT TRANSPORT, INC. has access to and is familiar with all applicable US DOT regulations relating to the safe operation of commercial motor vehicles and that Defendant ON POINT TRANSPORT, INC. will comply with the FMCSRs at all times while operating a commercial motor vehicle in the United States.

12.     More specifically, each Form OP-1 submitted contained a "Safety Certification", certifying to the Federal Motor Carrier Safety Administration that, at a minimum, Defendant ON POINT TRANSPORT, INC.:

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

    i.    Had and will have in place a system and an individual responsible for ensuring overall compliance with the FMCSRs;

    ii.    Had and will have in place a driver safety training/orientation program;

    iii.    Had and will have prepared and maintained an accident register;

    iv.    Is familiar with DOT regulations governing driver qualifications and had an will have in place a system for overseeing driver qualification requirements;

    v.    Had and will have in place policies and procedures consistent with DOT regulations governing driving and operational safety of motor vehicles, including drivers' hours of service and vehicle inspection, repair, and maintenance; and

    vi.    Must comply with all pertinent Federal, State, local and tribal statutory and regulatory requirements when operating within the United States.

13.    Upon information and belief, representatives of Defendant ON POINT TRANSPORT, INC. swore under penalty of perjury to comply with the above "Safety Certifications."

### FACTS REGARDING DEFENDANT JOSEPH MISATULI LEIA AND ON POINT TRANSPORT, INC.

14.    At all relevant times, Defendant JOSEPH MISATULI LEIA was a Class A licensed motor vehicle operator driving a 2010 White Freight Truck Tractor-Trailer bearing license plate number WP55069. Accordingly, Defendant JOSEPH MISATULI LEIA was subject to all state and federal laws, statutes, regulations and industry standards governing the safe maintenance and operation of commercial motor vehicles and tandem trailers including, without limitation, the FMCSRs set forth in 49 C.F.R. parts 350-398.

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

15.     At all relevant times, the Semi was owned by Defendant ON POINT TRANSPORT, INC. and was being operated by Defendant JOSEPH MISATULI LEIA with Defendant ON POINT TRANSPORT, INC.'s consent, for the benefit of and/or pursuant to a contract with Defendant.

16.     At all relevant times, Defendant JOSEPH MISATULI LEIA was operating a commercial motor vehicle for Defendant ON POINT TRANSPORT, INC. and was subject to ON POINT TRANSPORT, INC.'s control or right to control such that ON POINT TRANSPORT, INC. should be considered their employer and therefore vicariously liable for the negligence of Defendant JOSEPH MISATULI LEIA.

17.     Accordingly, Defendants ON POINT TRANSPORT, INC., and JOSEPH MISATULI LEIA are personally liable, jointly and severely, in partnership, joint venture, or sole proprietorship for the crash and resulting permanent injuries and damages suffered by Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, claimed herein.

18.     Each Defendant acted in a manner that either alone or combined and concurring with the actions of other Defendants' acts of negligence, directly and proximately caused the incident and the resulting injuries to the Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE.

### COUNT I: NEGLIGENCE
### AGAINST DEFENDANT, JOSEPH MISATULI LEIA

Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, re-allege those allegations contained within 1 through 18 above and incorporate them herein by this reference.

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

19.     Defendant, JOSEPH MISATULI LEIA, improperly and negligently operated the vehicle owned and maintained by Defendant, ON POINT TRANSPORT, INC., breaching the duty owed to motorists like Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, violating the right of way of the Plaintiffs and negligently and tortiously operating the motor vehicle so that it collided with the vehicle that Plaintiff, MARCELLE ANN ANGALL-LEONCE, was driving, and Plaintiff, ROMANUS SYLVESTER LEONCE, was a passenger.

20.     As a direct and proximate cause of the negligence and/or recklessness of Defendant, JOSEPH MISATULI LEIA, Plaintiff suffered permanent injuries.

21.     Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, were seriously and permanently injured in the crash caused by Defendant, JOSEPH MISATULI LEIA.

22.     As a result of the negligence of the Defendant, JOSEPH MISATULI LEIA, the Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. Plaintiffs' losses are either permanent or continuing in nature and Plaintiffs will suffer the losses in the future.

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

## COUNT II: VICARIOUS LIABILITY AS OWNER AND FOR TORTS OF EMPLOYEE AND/OR AGENT
## AGAINST DEFENDANT ON POINT TRANSPORT, INC.

Plaintiffs MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE re-allege those allegations contained within paragraphs 1 through 22 above and incorporate them herein by this reference.

23.     At all relevant times, Defendant, JOSEPH MISATULI LEIA, was Defendant, ON POINT TRANSPORT, INC.'S, employee, statutory employee, and/or servant acting within the course and scope of his agency or employment, under the direct control and for the benefit of Defendant, ON POINT TRANSPORT, INC.

24.     At all relevant times, Defendant, JOSEPH MISATULI LEIA, was Defendant, ON POINT TRANSPORT, INC.'S, agent and/or independent contractor acting within the course and scope of his agency or employment, under the direct control and for the benefit of Defendant, ON POINT TRANSPORT, INC.

25.     That at all times material to this Complaint, and in particular, at the time and place of the subject automobile accident described herein, Defendant, JOSEPH MISATULI LEIA, was driving the motor vehicle with the implied and/or expressed consent and permission of Defendant, ON POINT TRANSPORT, INC., who owned, leased and/or controlled the subject motor vehicle.

26.     Therefore, Defendant, ON POINT TRANSPORT, INC., is vicariously liable for the acts of negligence of Defendant, JOSEPH MISATULI LEIA, which such negligence caused the aforementioned automobile accident and the resulting serious and permanent injuries as herein described.

27.     As a result of Defendant, ON POINT TRANSPORT, INC.'S, vicarious liability for Defendant, JOSEPH MISATULI LEIA's, active negligence, carelessness, and reckless actions,

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, were seriously and permanently injured in the crash caused by Defendant, JOSEPH MISATULI LEIA, and Defendant ON POINT TRANSPORT, INC., suffering bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings in the past and loss of ability to earn money in the future, aggravation of a previous existing condition. These losses are either permanent or continuing in nature and Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, will suffer the losses in the future.

## COUNT III - LOSS OF CONSORTIUM

Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE re-alleges those allegations contained within paragraphs 1 through 27 above and incorporate them herein by this reference.

28.     At all relevant times, and at all times material to this action, Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, were and still are living together as husband and wife.

29.     As a direct and proximate result of the injuries inflicted upon Plaintiff, ROMANUS SYLVESTER LEONCE, due to the vicarious and direct negligence of the Defendants, JOSEPH MISATULI LEIA and ON POINT TRANSPORT, INC., Plaintiff, ROMANUS SYLVESTER LEONCE, has suffered the loss of care, comfort, society, and consortium of his wife, MARCELLE ANN ANGALL-LEONCE. These losses are either permanent or continuing in nature and the Plaintiff, ROMANUS SYLVESTER LEONCE, will suffer these losses in the future.

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

30.     As a direct and proximate result of the injuries inflicted upon Plaintiff, MARCELLE ANN ANGALL-LEONCE, due to the vicarious and direct negligence of the Defendants, JOSEPH MISATULI LEIA and ON POINT TRANSPORT, INC., Plaintiff, MARCELLE ANN ANGALL-LEONCE, has suffered the loss of care, comfort, society, and consortium of her husband, ROMANUS SYLVESTER LEONCE.

**WHEREFORE**, Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, demand judgment for damages against Defendants, JOSEPH MISATULI LEIA and ON POINT TRANSPORT, INC., for all damages permitted by Florida law together with costs, prejudgment interest on expenses incurred and post-judgment interest, together with such other and further relief this Court deems equitable and just, and demands trial by jury on all issues.

## **TRIAL BY JURY**

Plaintiffs MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE demand a trial by jury of all issues and counts so triable herein.

**DATED** this 3rd day of February, 2020.

Respectfully submitted,

**FINE, FARKASH & PARLAPIANO, P.A.**
622 Northeast First Street
Gainesville, Florida 32601
Telephone:  352-376-6046
Facsimile:  877-272-9101

BY:      _____

**JACK J. FINE, ESQ.**
Attorney for Plaintiffs
Florida Bar Number:  223700
Primary Email: jfine@ffplaw.com
Secondary Email: jduchaj@ffplaw.com

IN THE CIRCUIT COURT OF THE EIGHTH
JUDICIAL CIRCUIT IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NO.: 01-2019-CA-002558

MARCELLE ANN ANGALL-LEONCE and
ROMANUS SYLVESTER LEONCE,

      Plaintiffs,

vs.

ON POINT TRANSPORT, INC., JOSEPH
MISATULI LEIA, CJ HESTER, INC., and
LARRY E. POWERS, JR.,

      Defendants.

_____/

## PLAINTIFF'S NOTICE OF HEARING
[Date and Time Coordinated w/Defense counsel]
(Special Set – 30 minutes)

**YOU ARE HEREBY NOTIFIED** that the above cause is set down for hearing by

Plaintiffs, MARCELLE ANN ANGALL-LEONCE and ROMANUS SYLVESTER LEONCE, as

follows:

DATE:       **THURSDAY, FEBRUARY 20, 2020**

TIME:       **3:15 P.M.** (30 minutes have been reserved)

JUDGE:     Honorable Donna M. Keim

LOCATION:  Alachua County Family & Civil Justice Center
               201 East University Avenue
               Room 416
               Gainesville, FL  32601

MATTER:    PLAINTIFF'S MOTION TO AMEND FIRST AMENDED COMPLAINT

              DEFENDANT, ON POINT TRANSPORT, INC.'S, MOTION FOR
              SPECIAL APPEARANCE TO QUASH SERVICE OF PROCESS AND
              TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS

Angall-Leonce & Leonce v. On Point and Leia
Case No.: 01-2019-CA-002558
Hearing Notice

**PLEASE BE GOVERNED ACCORDINGLY.**

**NOTE:** If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Persons with a disability who need any accommodation in order to participate should call Jan Phillips, ADA Coordinator, Alachua County Courthouse, 201 E. University Ave., Gainesville, FL 32601 at (352) 337-6237 within two (2) working days of your receipt of this notice; if you are hearing impaired call (800) 955-8771; if you are voice impaired, call (800) 955-8770.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this pleading has been efiled through the Florida Courts efiling portal to: Deanna M. Golphine, Esq., Fernandez Trial Lawyers, P.A., 8780-200 Perimeter Park Court, Jacksonville, FL 32216 at Pleadings@FernandezTL.com, kLang-Thorbs@FernandezTL.com; CJ Hester, Inc., at Jtrehern@hesterinc.net; Joseph Misatuli Leia, 12937 Road 35 1-2, Madera, CA 93636; and Larry E. Powers, Jr., 505 Wekiva Springs Road, Suite 300, Longwood, FL 32779 at PPIlawfirm@aol.com, on this ___ day of February, 2020.

Respectfully submitted,

**FINE, FARKASH & PARLAPIANO, P.A.**
622 Northeast First Street
Gainesville, Florida 32601
Telephone: 352-372-7777
Facsimile: 877-272-9101

BY: _____
**JACK J. FINE, ESQ.**
*Attorney for Plaintiff*
Florida Bar Number: 223700
Primary Email: jfine@ffplaw.com
Secondary Email: jduchaj@ffplaw.com

Case 1:20-cv-00127-AW-GRJ   Document 4-1   Filed 06/01/20   Page 167 of 178

IN THE CIRCUIT COURT OF THE
EIGHTH JUDICIAL CIRCUIT IN AND
FOR ALACHUA COUNTY, FLORIDA

MARCELLE ANN ANGALL-LEONCE and        CASE NO.: 01-2019-CA-002558
ROMANUS SYLVESTER LEONCE,
      Plaintiffs,
vs.

ON POINT TRANSPORT, INC., JOSEPH
MISATULI LEIA, CJ HESTER, INC., and
LARRY E. POWERS, JR.,

      Defendants.
_____/

## PLAINTIFF'S NOTICE OF DROPPING PARTY DEFENDANTS

COMES NOW the Plaintiffs, MARCELLE ANN ANGALL-LEONCE and ROMANUS
SYLVESTER LEONCE, by and through undersigned counsel, pursuant to Florida Rule of Civil
Procedure, 1.420 (a)(1), files this his Notice of Dropping Party Defendants, CJ HESTER, INC.,
and LARRY E. POWERS, JR., as these parties were inadvertently named as Defendants in the
lawsuit in error.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that this pleading has been efiled through the Florida Courts efiling
portal to: Catherine Arpen, Esq., Fernandez Trial Lawyers, P.A., 8780-200 Perimeter Park Court,
Jacksonville, FL 32216 at Pleadings@FernandezTL.com, CArpen@FernandezTL.com; CJ Hester,
Inc., at Jtrehern@hesterinc.net; Joseph Misatuli Leia, 12937 Road 35 1-2, Madera, CA 93636;
and Larry E. Powers, Jr., 505 Wekiva Springs Road, Suite 300, Longwood, FL 32779 at
PPIlawfirm@aol.com, on this 21st day of February, 2020.

Respectfully submitted,

**FINE, FARKASH & PARLAPIANO, P.A.**
622 Northeast First Street
Gainesville, Florida 32601
Telephone: 352-372-7777
Facsimile: 877-272-9101

BY: _____
      **JACK J. FINE, ESQ.**
      *Attorney for Plaintiff*
      Florida Bar Number: 223700
      Primary Email: jfine@ffplaw.com
      Secondary Email: jduchaj@ffplaw.com

IN THE CIRCUIT COURT OF THE EIGHTH
JUDICIAL CIRCUIT IN AND FOR
ALACHUA COUNTY, FLORIDA

CASE NO.: 01-2019-CA-002558

MARCELLE ANN ANGALL-LEONCE and
ROMANUS SYLVESTER LEONCE,

      Plaintiffs,

vs.

ON POINT TRANSPORT, INC., and
JOSEPH MISATULI LEIA,

      Defendants.

_____/

## SECOND AMENDED COMPLAINT

COME NOW the Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS

SYLVESTER LEONCE, and sues Defendants, JOSEPH MISATULI LEIA, and ON POINT

TRANSPORT, INC., and would allege the following:

1.      This is an action for damages in excess of Thirty Thousand Dollars ($30,000.00),

exclusive of costs and interest.

2.      At the time of the crash, Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND

ROMANUS SYLVESTER LEONCE, were residents of Ocoee, Orange County, Florida.

3.      Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS

SYLVESTER LEONCE, are currently residents of Loganville, Gwinnett County, Georgia.

4.      At all times relevant Defendant, JOSEPH MISATULI LEIA, was a resident of

Selma, Fresno County, California.

5.      At all times relevant Defendant, ON POINT TRANSPORT, INC., was a California

profit corporation, operating and doing business in the State of California and the State of Florida,

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

with a mailing address at 5588 W. Paul Avenue, Fresno, CA 93722, and Registered Agent listed

as Gursharan Dosanjh, located at 5588 W. Paul Avenue, Fresno, CA 93722.

6.    On or about July 26, 2015, Defendant, JOSEPH MISATULI LEIA, operated the

motor vehicle owned by Defendant, ON POINT TRANSPORT, INC., to wit: a 2010 White Freight

Truck, bearing license plate number WP55069, and VIN#1FUJBBCK7ADAG5680 on State Road

93 (I-75) northbound at MM372 at or near its intersection with County Road 318, in Micanopy,

Alachua County, Florida.

7.    At that time and place, the Defendant, JOSEPH MISATULI LEIA, negligently and

tortiously operated the motor vehicle owned by Defendant, ON POINT TRANSPORT, INC., so

that it collided with the vehicle that Plaintiff, ROMANUS SYLVESTER LEONCE, was driving,

and Plaintiff, MARCELLE ANN ANGALL-LEONCE, was the passenger.

## FACTS REGARDING DEFENDANT ON POINT TRANSPORT, INC.'S ROLE IN INTERSTATE COMMERCE

8.    The transportation of goods in interstate commerce constitutes an ultra-hazardous

activity that presents substantial dangers to the driving public when not done safely, properly, and

with due caution. Accordingly, there are a number of federal regulations, state statutes, industry

standards and local ordinances that govern the qualification, training and retention of professional

tractor trailer drivers, the proper maintenance and equipment for commercial motor vehicles, and

the safe operation of motor carriers, commercial motor vehicles and professional truck drivers.

9.    At all times material hereto, Defendant ON POINT TRANSPORT, INC. was an

interstate motor carrier authorized to transport goods in interstate commerce and in the State of

Florida for profit pursuant to one or more permits issued by the Interstate Commerce Commission,

or by the United States Department of Transportation ("USDOT"), or both. Accordingly,

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.: 19-CA-002558

Defendant ON POINT TRANSPORT, INC. was subject to all state and federal laws, statutes, regulations, and industry standards governing the hiring of safe and qualified commercial drivers, the safe maintenance and operation of commercial motor vehicles, and the safe brokering of goods in interstate commerce, including without limitation the Federal Motor Carrier Safety Regulations ("FMCSRs").

10.     In return for the privilege to operate commercial motor vehicles on the public highways transporting goods in interstate commerce, motor carriers like Defendant ON POINT TRANSPORT, INC. must take certain safety related certifications and verifications to the United States Department of Transportation. In order to obtain operating authority and get a USDOT Number, Defendant ON POINT TRANSPORT, INC. had to submit a Form OP-1 Application for Motor Property Carrier and Broker Authority or equivalent. Defendant ON POINT TRANSPORT, INC. had to submit a similar application with the same certifications to obtain authority to operate as a Broker of goods in interstate commerce.

11.     Each Form OP-1 submitted contained a "Safety Certification", certifying to the Federal Motor Carrier Safety Administration ("FMCSA") that Defendant ON POINT TRANSPORT, INC. has access to and is familiar with all applicable US DOT regulations relating to the safe operation of commercial motor vehicles and that Defendant ON POINT TRANSPORT, INC. will comply with the FMCSRs at all times while operating a commercial motor vehicle in the United States.

12.     More specifically, each Form OP-1 submitted contained a "Safety Certification", certifying to the Federal Motor Carrier Safety Administration that, at a minimum, Defendant ON POINT TRANSPORT, INC.:

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.: 19-CA-002558

    i.    Had and wili have in place a system and an individual responsible for ensuring overall compliance with the FMCSRs;

    ii.    Had and will have in place a driver safety training/orientation program;

    iii.    Had and will have prepared and maintained an accident register;

    iv.    Is familiar with DOT regulations governing driver qualifications and had an will have in place a system for overseeing driver qualification requirements;

    v.    Had and will have in place policies and procedures consistent with DOT regulations governing driving and operational safety of motor vehicles, including drivers' hours of service and vehicle inspection, repair, and maintenance; and

    vi.    Must comply with all pertinent Federal, State, local and tribal statutory and regulatory requirements when operating within the United States.

13.    Upon information and belief, representatives of Defendant ON POINT TRANSPORT, INC. swore under penalty of perjury to comply with the above "Safety Certifications."

## FACTS REGARDING DEFENDANT JOSEPH MISATULI LEIA AND ON POINT TRANSPORT, INC.

14.    At all relevant times, Defendant JOSEPH MISATULI LEIA was a Class A licensed motor vehicle operator driving a 2010 White Freight Truck Tractor-Trailer bearing license plate number WP55069. Accordingly, Defendant JOSEPH MISATULI LEIA was subject to all state and federal laws, statutes, regulations and industry standards governing the safe maintenance and operation of commercial motor vehicles and tandem trailers including, without limitation, the FMCSRs set forth in 49 C.F.R. parts 350-398.

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

15.     At all relevant times, the Semi was owned by Defendant ON POINT
TRANSPORT, INC. and was being operated by Defendant JOSEPH MISATULI LEIA with
Defendant ON POINT TRANSPORT, INC.'s consent, for the benefit of and/or pursuant to a
contract with Defendant.

16.     At all relevant times, Defendant JOSEPH MISATULI LEIA was operating a
commercial motor vehicle for Defendant ON POINT TRANSPORT, INC. and was subject to ON
POINT TRANSPORT, INC.'s control or right to control such that ON POINT TRANSPORT,
INC. should be considered their employer and therefore vicariously liable for the negligence of
Defendant JOSEPH MISATULI LEIA.

17.     Accordingly, Defendants ON POINT TRANSPORT, INC., and JOSEPH
MISATULI LEIA are personally liable, jointly and severely, in partnership, joint venture, or sole
proprietorship for the crash and resulting permanent injuries and damages suffered by Plaintiffs,
MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, claimed
herein.

18.     Each Defendant acted in a manner that either alone or combined and concurring
with the actions of other Defendants' acts of negligence, directly and proximately caused the
incident and the resulting injuries to the Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND
ROMANUS SYLVESTER LEONCE.

## COUNT I: NEGLIGENCE
## AGAINST DEFENDANT, JOSEPH MISATULI LEIA

Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER
LEONCE, re-allege those allegations contained within 1 through 18 above and incorporate them
herein by this reference.

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.: 19-CA-002558

19.     Defendant, JOSEPH MISATULI LEIA, improperly and negligently operated the vehicle owned and maintained by Defendant, ON POINT TRANSPORT, INC., breaching the duty owed to motorists like Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, violating the right of way of the Plaintiffs and negligently and tortiously operating the motor vehicle so that it collided with the vehicle that Plaintiff, ROMANUS SYLVESTER LEONCE, was driving, and Plaintiff, MARCELLE ANN ANGALL-LEONCE, was a passenger.

20.     As a direct and proximate cause of the negligence and/or recklessness of Defendant, JOSEPH MISATULI LEIA, Plaintiff suffered permanent injuries.

21.     Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, were seriously and permanently injured in the crash caused by Defendant, JOSEPH MISATULI LEIA.

22.     As a result of the negligence of the Defendant, JOSEPH MISATULI LEIA, the Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. Plaintiffs' losses are either permanent or continuing in nature and Plaintiffs will suffer the losses in the future.

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

## COUNT II: VICARIOUS LIABILITY AS OWNER AND FOR TORTS OF EMPLOYEE AND/OR AGENT AGAINST DEFENDANT ON POINT TRANSPORT, INC.

Plaintiffs MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE re-allege those allegations contained within paragraphs 1 through 22 above and incorporate them herein by this reference.

23.     At all relevant times, Defendant, JOSEPH MISATULI LEIA, was Defendant, ON POINT TRANSPORT, INC.'S, employee, statutory employee, and/or servant acting within the course and scope of his agency or employment, under the direct control and for the benefit of Defendant, ON POINT TRANSPORT, INC.

24.     At all relevant times, Defendant, JOSEPH MISATULI LEIA, was Defendant, ON POINT TRANSPORT, INC.'S, agent and/or independent contractor acting within the course and scope of his agency or employment, under the direct control and for the benefit of Defendant, ON POINT TRANSPORT, INC.

25.     That at all times material to this Complaint, and in particular, at the time and place of the subject automobile accident described herein, Defendant, JOSEPH MISATULI LEIA, was driving the motor vehicle with the implied and/or expressed consent and permission of Defendant, ON POINT TRANSPORT, INC., who owned, leased and/or controlled the subject motor vehicle.

26.     Therefore, Defendant, ON POINT TRANSPORT, INC., is vicariously liable for the acts of negligence of Defendant, JOSEPH MISATULI LEIA, which such negligence caused the aforementioned automobile accident and the resulting serious and permanent injuries as herein described.

27.     As a result of Defendant, ON POINT TRANSPORT, INC.'S, vicarious liability for Defendant, JOSEPH MISATULI LEIA's, active negligence, carelessness, and reckless actions,

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.:  19-CA-002558

Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, were seriously and permanently injured in the crash caused by Defendant, JOSEPH MISATULI LEIA, and Defendant ON POINT TRANSPORT, INC., suffering bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings in the past and loss of ability to earn money in the future, aggravation of a previous existing condition. These losses are either permanent or continuing in nature and Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, will suffer the losses in the future.

### COUNT III - LOSS OF CONSORTIUM

Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE re-alleges those allegations contained within paragraphs 1 through 27 above and incorporate them herein by this reference.

28.     At all relevant times, and at all times material to this action, Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, were and still are living together as husband and wife.

29.     As a direct and proximate result of the injuries inflicted upon Plaintiff, ROMANUS SYLVESTER LEONCE, due to the vicarious and direct negligence of the Defendants, JOSEPH MISATULI LEIA and ON POINT TRANSPORT, INC., Plaintiff, ROMANUS SYLVESTER LEONCE, has suffered the loss of care, comfort, society, and consortium of his wife, MARCELLE ANN ANGALL-LEONCE. These losses are either permanent or continuing in nature and the Plaintiff, ROMANUS SYLVESTER LEONCE, will suffer these losses in the future.

Marcelle Angall-Leonce v. On Point Transport, Inc., etal
Case No.: 19-CA-002558

30.     As a direct and proximate result of the injuries inflicted upon Plaintiff, MARCELLE ANN ANGALL-LEONCE, due to the vicarious and direct negligence of the Defendants, JOSEPH MISATULI LEIA and ON POINT TRANSPORT, INC., Plaintiff, MARCELLE ANN ANGALL-LEONCE, has suffered the loss of care, comfort, society, and consortium of her husband, ROMANUS SYLVESTER LEONCE.

**WHEREFORE**, Plaintiffs, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, demand judgment for damages against Defendants, JOSEPH MISATULI LEIA and ON POINT TRANSPORT, INC., for all damages permitted by Florida law together with costs, prejudgment interest on expenses incurred and post-judgment interest, together with such other and further relief this Court deems equitable and just, and demands trial by jury on all issues.

## TRIAL BY JURY

Plaintiffs MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE demand a trial by jury of all issues and counts so triable herein.

**DATED** this 26th day of February, 2020.

Respectfully submitted,

**FINE, FARKASH & PARLAPIANO, P.A.**
622 Northeast First Street
Gainesville, Florida 32601
Telephone: 352-376-6046
Facsimile: 877-272-9101

BY: _____

**JACK J. FINE, ESQ.**
Attorney for Plaintiffs
Florida Bar Number: 223700
Primary Email: jfine@ffplaw.com
Secondary Email: jduchaj@ffplaw.com