# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MARCELLE ANN ANGALL-LEONCE**
and **ROMANUS SYLVESTER LEONCE**,
    Plaintiffs,
v.                                                Case No.: 1:20-cv-127-AW-GRJ

**ON POINT TRANSPORT, INC.**, and
**JOSEPH MISATULI LEIA**
    Defendants.
_____/

## VERDICT

We, the jury, return the following verdict:

    1.    Was there negligence on the part of Defendant, JOSEPH MISATULI LEIA, which was a legal cause of loss, injury or damage to the Plaintiff, MARCELLE ANN ANGALL-LEONCE?

ANSWER:        YES_____            NO_____

If your answer to question 1 is NO, your verdict is for the Defendants, and you should not proceed further, except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.

    2.    What is the amount of any damages sustained by Plaintiff, MARCELLE ANN ANGALL-LEONCE, for medical expenses,

                                      a. in the past?              $_____

                                      b. in the future?           $_____

Please answer question 3.

    3.    What is the amount of any damages sustained by the Plaintiff, MARCELLE ANN ANGALL-LEONCE, for lost earnings or earning ability,

                                      a. in the past?              $_____

                                      b. in the future?           $_____

    c. Total of the above damages (add lines 2a, 2b, 3a and 3b)    **$_____**

Please answer question 4.

4. Were any of the injuries sustained by Plaintiff, MARCELLE ANN ANGALL-LEONCE, as a result of this crash, in whole or in part, permanent, within a reasonable degree of medical probability?

ANSWER: YES_____ NO_____

If your answer to question 4 is NO, you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to question 4 is YES, please answer question 5.

5. What is the total amount of Plaintiff, MARCELLE ANN ANGALL-LEONCE's damages for pain and suffering, disability, physical impairment, disfigurement, mental anguish, inconvenience, aggravation of a disease or physical defect and loss of capacity for the enjoyment of life sustained in the past and to be sustained in the future?

        a. in the past? $_____

        b. in the future? $_____

        c. Total of the above damages (add lines 5a and 5b): **$_____**

Please answer question 6.


        Total of the above damages (add lines 3c and 5c): **$_____**

**SO SAY WE ALL,** this ____ day of April, 2021.


        _____
        FOREPERSON