# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

MARCELLE ANN ANGALL-LEONCE
and ROMANUS SYLVESTER LEONCE,
    Plaintiffs,

v.                                    Case No.: 1:20-cv-127-AW-GRJ

ON POINT TRANSPORT, INC., and
JOSEPH MISATULI LEIA
    Defendants.
_____/

## VERDICT

We, the jury, return the following verdict:

    1.    Was there negligence on the part of Defendant, JOSEPH MISATULI LEIA, which was a legal cause of damage to the Plaintiff, MARCELLE ANN ANGALL-LEONCE?

ANSWER:        YES __X__                NO _____

If your answer to question 1 is NO, your verdict is for the Defendants, and you should not proceed further, except to date and sign this verdict form and return it to the courtroom. If your answer to question 1 is YES, please answer question 2.

    2.    What is the amount of any damages sustained by Plaintiff, MARCELLE ANN ANGALL-LEONCE, for medical expenses,

        a. in the past?    $ 70,000

        b. in the future?    $ 100,000

Please answer question 3.

    3.    What is the amount of any damages sustained by the Plaintiff, MARCELLE ANN ANGALL-LEONCE, for lost earnings or earning ability,

        a. in the past?    $ 380,000

        b. in the future?    $ 200,000

        c. Total of the above damages (add lines 2a, 2b, 3a and 3b)    $ 750,000

Please answer question 4.

Filed in Open Court
4-16-2021
Clerk, U.S. District Court
Northern District of Florida

4. Did Plaintiff, MARCELLE ANN ANGALL-LEONCE, sustain a permanent injury within a reasonable degree of medical probability as a result of the incident complained of?

ANSWER: YES_____ NO __X__

If your answer to question 4 is NO, you should not proceed further except to date and sign this verdict form and return it to the courtroom. If your answer to question 4 is YES, please answer question 5.

5. What is the total amount of damages of Plaintiff, MARCELLE ANN ANGALL-LEONCE, for pain and suffering, bodily injury, disability, aggravation of prior medical condition, mental anguish, and loss of capacity for the enjoyment of life, sustained in the past and to be sustained in the future?

    a. in the past?    $_____

    b. in the future?    $_____

    c. Total of the above damages (add lines 5a and 5b):   $_____

**Total of the above damages (add lines 3c and 5c):**   $_____

Please answer question 6.

6. What is the total amount of any damages of Plaintiff, ROMANUS SYLVESTER LEONCE, for loss, by reason of his wife's injury, of her services, comfort, society, and attentions,

    a. in the past?    $ 5,000

    b. in the future?    $_____

    c. Total of the above damages (add lines 6a and 6b):   $ 5,000

**SO SAY WE ALL,** this 16 day of April, 2021.