# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**MARCELLE ANN ANGALL-LEONCE**
**and ROMANUS SYLVESTER LEONCE,**

    **Plaintiffs,**

v.                                                                Case No.: 1:20-cv-127-AW-GRJ

**ON POINT TRANSPORT, INC., and**
**JOSEPH MISATULI LEIA,**

    **Defendants.**

_____/

## AMENDED FINAL JUDGMENT

**IT IS ORDERED AND ADJUDGED** that, in accordance with this Court's Order (ECF No. 126) concerning Defendants' Amended Renewed Motion for Judgment as a Matter of Law or New Trial (ECF No. 118) and Defendants' Amended Motion to Alter or Amend Judgment (ECF No. 119):

1.  An Amended Judgment be entered in favor of the Plaintiff, Marcelle Ann Angall-Leonce, and against Defendants, On Point Transport, Inc. and Joseph Misatuli Leia, that is reflective of this Court's rulings on the Defendants' Motions (referenced above) in the amount of Two Hundred and Three Thousand Four Hundred and Thirty-Six Dollars and Fifty-Five Cents ($203,436.55), plus the cost award of Twenty Thousand Three Hundred and Fifty-Three Dollars and Twenty-

Five Cents ($20,353.25), for a total judgment award of Two Hundred Twenty-Three Thousand Seven Hundred Eighty-Nine Dollars and Eighty Cents ($223,789.80).

2. This amended amount includes Forty-One Thousand Five Hundred Eighty-Three Dollars and Twenty Cents ($41,583.20) for past medical expenses; One Hundred Sixty-One Thousand Eight Hundred Fifty-Three Dollars and Thirty-Five Cents ($161,853.35) for past lost earnings; and Twenty Thousand Three Hundred and Fifty-Three Dollars and Twenty-Five Cents ($20,353.25) for taxable cost award.

3. Two Hundred Twenty-Three Thousand Seven Hundred Eighty-Nine Dollars and Eighty Cents ($223,789.80) is awarded with interest from the date of this Amended Judgment. Said judgment shall bear interest at the legal rate established pursuant to Florida Statute § 55.03 from the date of the entry of the original Judgment dated April 16, 2021, for which let execution now issue.

4. The Plaintiff, Romanus Sylvester Leonce, will take nothing from Defendants, and therefore, go hence, this day, with this Court's finding in favor of the Defendants and against the Plaintiff, Romanus Sylvester Leonce.

5. This Court reserves jurisdiction for the purpose of addressing all unresolved fees and costs.

DONE AND ORDERED in Miami, Florida on November 3, 2021.

                                                _____
                                                PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

*Copies to Counsel of Record*