## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

**MARCELLE ANN ANGALL-LEONCE**
**and ROMANUS SYLVESTER LEONCE,**

      **Plaintiffs/Appellants,**

**v.**                             **Case No.: 1:20-cv-127-AW-GRJ**

**ON POINT TRANSPORT, INC., and**
**JOSEPH MISATULI LEIA,**

      **Defendants/Appellees.**

_____/

## NOTICE OF APPEAL

NOTICE IS GIVEN that Plaintiffs/Appellants, MARCELLE ANN ANGALL-LEONCE AND ROMANUS SYLVESTER LEONCE, appeal to the United States Court of Appeals for the Eleventh Circuit, the *ORDER on DEFENDANTS' AMENDED RENEWED MOTIONS FOR JUDGMENT AS A MATTER OF LAW, OR IN THE ALTERNATIVE, AMENDED MOTION FOR NEW TRIAL OR REMITTITUR ("MOTION FOR JMOL, NEW TRIAL, OR REMITTITUR"), [ECF NO. 118], AND DEFENDANTS' AMENDED MOTION TO ALTER OR AMEND JUDGMENT CONCERNING COLLATERAL SOURCE SET-OFFS AND EXCESS PAST MEDICAL EXPENSE AWARD ("MOTION TO ALTER OR AMEND THE JUDGMENT"), [ECF NO. 119]* rendered by this Court on October 13, 2021. The nature of the Order Granting Defendant's Renewed Motions

for Judgment and Motion to Alter or Amended concerning collateral source set-offs, is a final order, granting Defendants' Motions based on Judge Huck's rulings at hearing on October 12, 2021.

The Order Granting Defendant's Renewed Motions reflect that it was signed by the district court and filed with the Clerk on October 13, 2021. Plaintiffs/Appellants specifically appeals sub-sections two (2) through six (6) of the Order.

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF and to: John Moffitt Howell, Esq., E.T. Fernandez, Esq., Fernandez Trial Lawyers, PA *(Attorneys for Defendants),* 8780-200 Perimeter Park Court, Jacksonville, FL 32216 pleadings@fernandeztl.com, jhowell@fernandeztl.com, on this 10th day of November, 2021.

Respectfully submitted,

**FINE, FARKASH & PARLAPIANO, P.A.**
622 Northeast First Street
Gainesville, Florida 32601
Phone: 352-376-6046
Facsimile: 877-272-9101

BY: _____

**JACK J. FINE, ESQ.**
*Attorney for Plaintiff*
Florida Bar Number: 223700
Primary Email: jfine@ffplaw.com
Secondary Email: jduchaj@ffplaw.com