IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**MARCELLE ANN ANGALL-LEONCE**
and **ROMANUS SYLVESTER LEONCE,**

    **Plaintiffs,**

v.                                                                                  Case No. 1:20-cv-127-AW-GRJ

**ON POINT TRANSPORT, INC.,** and
**JOSEPH MISATULI LEIA,**

    **Defendants.**

_____/

## ORDER REGARDING NOTICE OF DISMISSAL

Plaintiffs filed a notice of voluntary dismissal with prejudice. ECF No. 149. The final judgment is on appeal, so to the extent Plaintiffs seek an order vacating that judgment, the court lacks jurisdiction to enter that order. Plaintiffs may move to vacate the judgment when the appeal is no longer pending.

Also, Defendants have two motions pending for fees and costs. Based on Plaintiffs' filing, it appears the parties may have settled. So it is unclear whether Defendants still seek fees and costs.

Within seven days, Defendants must file a notice either (i) withdrawing the motions (ECF Nos. 135, 136) or (ii) indicating that they are still pursing fees and costs. If Defendants do neither, the motions will be denied as abandoned.

SO ORDERED on March 18, 2022.

                                            s/ *Allen Winsor*
                                            United States District Judge